8:26-cv-1809-TPB-NHA

Affidavit of Foreign Status

JUN 22 2026 PM4:28
FILED - USDC - FLMD - TPA

Certified Mail Number: _RF 559 000 344 US_

Date: _June 18, 2026_

**Bruce Bertrand**
zip code exempt (DMM 122.32)


## FOREIGN STATUS AFFIDAVIT
## National But Not Citizen Per 8 USC 1408


Florida Republic                )
                         )    Subscribed, Sworn and Sealed
Republic in Port Richey     )


### PREAMBLE

The following Affidavit of Foreign Status is a public
notice to all interested parties concerning the Affiant's
"birthrights"
and his "status" as an "AMERICAN INHABITANT", as that status
would apply with respect to the American States (the 50 independent
States of the Union) and also with respect to the "United States", as
follows:


1. The Affiant, **Bruce Bertrand**  , was natural born a free
Sovereign in Florida, which is one of the sovereign States of the
Union of several states joined together to comprise the
confederation known as the united States of America. He is,
therefore, a "nonresident alien" individual with respect to the
"United States", which entity obtains its exclusive legislative
authority and jurisdiction from Article 1, Section 8, Clause 17



and Article 4, Section 3, Clause 2 of the Constitution for the united States of America. The Affiant's parents were Sovereigns also, born in sovereign States of the Union. As the progeny of Sovereign people, the Affiant was born "... one of the sovereign people .... A constituent member of the sovereignty synonymous with the people." Scott vs Sanford, 19 How. 404. The Affiant is alien to so-called 14th Amendment "United States" citizenship, and also nonresident to so-called 14th Amendment State residency, and therefore he is a "nonresident alien" with respect to both.

As a Sovereign whose Citizenship originated in the United States by birth, and who has remained intact in Florida since the year 2018 , the Affiant is also a foreigner (alien) with respect to the other 49 2026 States of the Union and with respect to the "United States". As a consequence of his birth, the Affiant is an "American Inhabitant". And further

2. The Affiant, to the best of his informed knowledge, has not entered into any valid agreements of "voluntary servitude".
And further

3. The Affiant is a "NONRESIDENT ALIEN" with respect to the "United States", as that term is defined and used within the Internal Revenue Code (Title 26, United State Code) and/or Title 27 and the rules and regulations promulgated thereunder as follows:

The Internal Revenue Code (Title 26, United State Code) and associated federal regulations, clearly and thoroughly make provision for Americans born and living within one of the 50 Sovereign States of America, to wit:

Section 1.871-4 Proof of residence of aliens.

(a) Rules of evidence. The following rules of evidence shall govern in determining whether or not an alien within the United States has acquired residence therein for purposes of the income tax.

(b) Non-residence presumed. An alien by reason of his alienage, is presumed to be a nonresident alien.

[26 CFR 1.871-4]

And further

4.  The Affiant was not born or naturalized in the "United States", consequently he is not a "citizen of the "United States" nor a "United States citizen", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder;          and, therefore, he is not   subject to   the limited, exclusive territorial or political jurisdiction and authority of the "United States" as defined.

The "United States" is definitive and specific when it defines one of its citizens, as follows:

Section 1.1-1

(c) Who is a citizen. Every person born or naturalized in the United States and subject to its jurisdiction is a citizen.
[26 CFR 1.1-1(c)]

And further

5.  The Affiant is not a "citizen of the United States" nor a "United States citizen living abroad", as those phrases are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.
And further

6.  The Affiant is not a "resident alien residing within the geographical boundaries of the United States", as that phrase is defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

7.  The Affiant is not a "United States person", a "domestic corporation", "estate", "trust", "fiduciary" or "partnership" as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules

and regulations promulgated thereunder. And further

8. The Affiant is not an "officer", "employee" or "elected official" of the "United States", of a "State" or of any political subdivision thereof, nor of the District of Columbia, nor of any agency or instrumentality of one or more of the foregoing, nor an "officer" of a "United States corporation", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

9. The Affiant receives no "income" or "wages with respect to employment" from any sources within the territorial jurisdiction of the "United States" and does not have an "office or other fixed place of business" within the "United States" from which the Affiant derives any "income" or "wages" as such, as those terms and phrases are used and defined within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

10. The Affiant has never engaged in the conduct of a "trade or business" within the "United States", nor does the Affiant receive any income or other remuneration effectively connected with the conduct of a "trade or business" within the "United States", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

11. The Affiant receives no "income", "wages", "self-employment income" or "other remuneration" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. All remuneration paid to the Affiant is for services rendered outside (without) the exclusive territorial, political and legislative jurisdiction and authority of the "United States". And further

12. The Affiant has never had an "office" or "place of business" within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.   And further

13. The Affiant has never been a "United States employer", nor "employer", nor "employee" which also includes but is not limited to an "employee" and/or "employer" for a "United States" "household", and/or "agricultural" activity, as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

14. The Affiant has never been involved in any "commerce" within the territorial jurisdiction of the "United States" which also includes but is not limited to "alcohol", "tobacco" and "firearms" and Title 26, Subtitle D and E excises and privileged occupations, as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

15. The Affiant has never been a "United States" "withholding agent" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

16. The Affiant had no liability for any type, kind or class of Federal Income Tax in past years, and was and is entitled to a full and complete refund of any amounts withheld, because any liability asserted and amounts withheld were premised upon a mutual mistake of fact regarding the Affiant's status. The Affiant has never knowingly, intentionally, and voluntarily changed his Citizenship status nor has he ever knowingly, intentionally, and voluntarily elected to be treated as a "resident" of the "United States". And further

17. The Affiant, to the best of his current knowledge, owes no "tax" of any type, class or kind to the "United States" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further

18. The Affiant anticipates no liability for any type, class or kind of federal income tax in the current year, because the Affiant does not intend to reside in the "United States", he does not intend to be treated as either a "resident" or a "citizen" of the "United States", he is not and does not intend to be involved in the conduct of any "trade or business" within

the "United States" or receive any "income" or "wages" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.    And further

19. The Affiant, by means of knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences (Brady vs U.S., 397 U.S. 742, 748 (1970)) never agreed or consented to be given a federal Social Security Number (SSN), same said as to a federal Employee Identification Number (EIN) and, therefore, waives and releases from liability the "United States" and any State of the Union of 50 States, for any present or future benefits that the Affiant may be entitled to claim under the Old-Age Survivors and the Disability Insurance Act, and/or the Federal Unemployment Tax Act. Additionally, your Affiant makes no claim to any present or future benefits under any of the foregoing; and

20. Therefore, I, Bruce Bertrand, am a natural born free inhabitant and, as such, a Sovereign Citizen/Principal inhabiting the Florida Republic. Therefore, I am not "within the United States" but lawfully I am "without the United States" (per Title 28, U.S.C., Section 1746, Subsection 1), and therefore I have no standing capacity to sign any tax form which displays the perjury clause pursuant to Title 28, Section 1746, Subsection 2. And further

PLEASE NOTE WELL: At no time will the Affiant construe any of the foregoing terms defined within the Internal Revenue Code, Title 26, United State Code, or within any of the other United State Code, in a metaphorical sense. When terms are not words of art and are explicitly defined within the Code and/or within a Statute, the Affiant relies at all times upon the clear language of the terms as they are defined therein, NO MORE and NO LESS:

... When aid to construction of the meaning of words, as used in the statute, is available, there certainly can be no 'rule of law' which forbids its use, however clear the words may appear on 'superficial examination' ....

[United States vs American Trucking Association] [310 U.S. 534, 543,544 (1939)]

This unsworn certification is being executed WITHOUT the "United States", pursuant to Section 1746(1) of Title 28, United State Code, Federal Rules of Civil Procedure:

I affirm under penalty of perjury, under the laws of the United States of America, that I executed the foregoing for the purposes and considerations herein expressed, in the capacity stated, and that the statements contained herein are true and correct, to the best of my knowledge.

Executed Anno Domini, on this _eighty_ day in the month of _June_ , 2026

Subscribed, sealed and affirmed to this _eighth_ day of _June_, 2026

_: Bruce Bertrand_

**Bruce Bertrand**, Citizen/Principal, by special Appearance, in proceeding Sui Juris, with Assistance, Special, with explicit reservation of all of my unalienable rights and without prejudice to any of my unalienable rights.

**Bruce Bertrand**

Republic United States

zip code exempt (DMM 122.32)

**Florida** All-Purpose Acknowledgement

**Florida** /Republic                                    )

)

    COUNTY OF ~~Pasco~~                      )

    On the _eighth_ day of _June_____, 2026 Anno Domini, before me personally appeared **Bruce Bertrand**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in His authorized capacity, and that by His signature on this instrument the Person, or the entity upon behalf of which the Person acted, executed the instrument. Purpose of Recording Secretary is for identification only, and not for entrance into any foreign jurisdiction.

WITNESS my hand and official seal.

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life

™ :**Bruce of The Family: Bertrand©,** Secured Party and Creditor

zip code exempt (DMM 122.32)
Continental America

ATTN: ALL CORPORATE AGENCIES

Date: _____(month), ___(day), 2026

Debtor: ™**BRUCE BERTRAND**  ©, A LEGAL ENTITY FOR USE IN COMMERCE #
_____

Creditor: ™ :**Bruce of The Family: Bertrand** ©, A Living, Natural male, and Secured
Party.

# AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR

I,:**Bruce of The Family: Bertrand©,** sole authorized agent for the Debtor and
by sovereign administrative judgement hereby serve your office with official notice of my
lawful standing as Sovereign Secured Party and Creditor. I have supreme authoritative power of
attorney, sole security interest, and am the holder in due course of first right of claim over
the Debtor, evidenced by a $100,000,000.000.00 commercial lien. I control all affairs of the
Debtor, own all assets of the Debtor, and am exempt from levy and relieved of all liability from
the Debtor.

**NOTICE:** The following lawful establishments shall apply upon this notice:
1.      All commercial contracts listing the Debtor have been lawfully cancelled, rescinded and
revoked and are invalid and unenforceable.
2.      As a Sovereign Creditor and Secured Party, I am distinguished and set apart as a separate
entity from the Debtor established so by lawful filings into the public and noticed with THE
SECRETARY OF STATE, and the UNITED STATES TREASURER. My identity, ™ BRUCE
BERTRAND ©, is copy written and no agency or person has authorization to use, disclose,
report, list or store my name or my personal information for any purpose. Your agency is hereby
ordered by Estoppel to remove all computer entries, records, histories, paper documents,
references and details in the name of the Debtor and give notice to The Secured Party addressed
below. Failure to comply is considered an International Criminal Action under UNIFORM
COMMERCIAL CODES with severe penalty at law.

3.      No agency or corporate entity shall have jurisdiction over the Secured Party whatsoever. The flesh and blood man, ™ :Bruce of The Family: Bertrand ©, does not require licenses or permission to exercise any natural right.

If you find this AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR to be in error, send rebuttal of the points herein to the Secured Party and Creditor, signed by an authorized representative or attorney for your corporation under oath and agreement to testify to the facts and understanding before a jury under penalty of perjury.

**Furthermore:** If your corporate agency has any lawful commercial claim against the Sentient, Flesh and Blood, Non-Corporate, Natural Man, :Bruce of The Family: Bertrand ©, submit it within **(10) Ten days** of the date of this notice to the address below with valid proof of claim.

If an authorized representative of your agency fails to respond with a valid affidavit of truth in the form of a rebuttal or does not or cannot provide a True Bill of Commerce and a Complete Assessment of any commercial claim against my natural being, or you ignore this notice and remain silent without stating your claim for a period of **(10) Ten days, THEN YOU ACCEPT MY CLAIM OF LAWFUL ESTABLISHMENTS HEREIN** by *tacit* agreement and **MY AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** Your default under the maxims of law will constitute your AGREEMENT that any alleged claims against this Living, Breathing, Flesh-and-Blood, Sentient, Natural Man, and Sovereign Creditor and Secured Party, **:Bruce of The Family: Bertrand** are unfounded in common law and thus **DO NOT AND CANNOT EXIST.**

Honorably,
™ **:Bruce of The Family: Bertrand** ©, Secured Party and Creditor
        RepublicUnited States
zip code exempt (DMM 122.32)

Authorized Signature: DEBTOR___: *Bruce of the Family: Bertrand*

Autograph & Seal By: Secured Party Creditor___*Bruce Bertrand*
**WITHOUT PREJUDICE-WITHOUT RECOURSE-NON-ASSUMPSIT**
**All Rights Reserved-Errors & Omissions Excepted**

Dated: *8th* Day of *June*___, 2026

Recording Secretary Signature: *by: Isa Barbara Sablon*

Seal

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life

# State of Florida
## Department of State

I certify that the attached is a true and correct copy of the Application For Registration of the Fictitious Name BRUCE A BERTRAND JR, registered with the Department of State on May 13, 2026, as shown by the records of this office.

The Registration Number of this Fictitious Name is G26000070312.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Fifteenth day of May, 2026*



## Secretary of State

| **Affidavit Of Individual Surety**<br>(See instructions on page 4) | **OMB Control Number: 9000-0001**<br>**Expiration Date: 1/31/2027** | |
|---|---|---|
| State Of | County Of | ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) | 2A. Home Address (Number, Street, City, State, ZIP Code) | | |
|---|---|---|---|
| 3. Type And Duration Of Occupation | | | |
| | 2B. Telephone Number | 2C. Email Address | |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) | | |
| | 5B. Surety Broker Email Address | | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number | |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) | |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number | |
| | 6F. Contact Person Email Address | | |

| Authorized For Local Reproduction<br>Previous Edition Is Not Usable | **STANDARD FORM 28 (REV. 10/2023)**<br>Prescribed by GSA-FAR (48 CFR) 53.228(e) |
|---|---|

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond.  (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 2**

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

**Documentation Of The Pledged Asset Must Be Attached.**

| 10.  Signature | 11.  Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|
| | |

**12.  Subscribed And Sworn To Before Me As Follows:**

| a. Date Oath Administered | b. City And State (or other jurisdiction) | | Official Seal |
|---|---|---|---|
| Month       Day       Year | | | |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature | e. My Commission Expires | |

**STANDARD FORM 28** (REV. 10/2023) **PAGE 3**

Instructions

1.  Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond.  (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).)  The surety must have the completed form notarized.

2.  No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person).  Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor.  An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3.  United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States.  However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4.  All signatures of the affidavit submitted must be originals.  Affidavits bearing reproduced signatures are not acceptable.  An authorized person must sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 4**

CASE NUMBER: 2024DR006539WS
EXHIBIT 001

## LETTER ROGATORY FOR RELIEF

### Under the Hague Convention Title 18 §1781

I, :**Bruce of The Family: Bertrand**, a living Soul and breathing Man and Executor for the **BRUCE BERTRAND** Cestui que trust, notice the Family Administrative Division with Enforcement of The Family Court of my Letter Rogatory to the **FLORIDA FAMILY COURTS** and demand my name be cleared of this alleged family court case for the reasons set forth below:

**1)** I, :**Bruce of The Family: Bertrand** have learned that this alleged Court that has scheduled a case/cause/claim/administrative process against me is not really a court as per the Constitution of the United States of America (not an Article III Court), but rather a military tribunal under Admiralty jurisdiction and is operated as a private, for profit corporation listed on Dun and Bradstreet.

**2)** I have learned of the fraud that goes on behind the scenes of these alleged criminal cases, which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the people. I am hereby letting the court know that I am opting out of any contract and do not allow any documents regarding me or my cestui que trust to be securitized and sold to investors etc.

**3)** As you may be fully aware, the fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the Defendant and Respondent is a decedent (civiliter mortus). After finding the alleged Defendant guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant and or Respondent is a decedent, presumed to be a ward of the court, incompetent and of unsound mind, the court officials consider themselves as a beneficiary as the powers that be (international bankers) have concocted a reverse trust scheme on we, the people, who are supposed to be the beneficiaries because we are the actual creditors.

**4)** When a judge asks if a person understands, he/she is asking if the person is liable for the bond. I am not responsible for the bond of this/these cases, but I will appoint the Judge as Trustee/Fiduciary and be the beneficiary of all proceeds.

**5)** The judgments are stamped with something to the effect of Pay To The Order Of__on the back and taken to the federal discount window. The judgment now becomes a note

**6)** The notes are then pooled together and then become securities, which are yet to be pooled together and sold as bonds.

**7)** Said bonds are liens against me, a defendant-in-error.

**8)** The United States Attorney's Office has a put code number, NAICS (North American Identification Security Classification. Said NAICS number enables the United States Attorney's Office to trade globally all securities.

**9)** All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which another department called DLIS

**COPYRIGHT 2022 © ALL RIGHTS RESERVED UCC1-308**

CASE NUMBER: 2024DR006539WS
EXHIBIT 001

(Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

10) Said United States Attorney's Office and the Courts have a Duns number (Dun & Bradstreet).

11) Everything filed into court is securitized without the knowledge or consent of the people or of all parties involved.

12) All criminal cases not heard in an Article 3 court (District Court of the United States) are actually civil; however, the courts again commit fraud by labeling the case as criminal, even for an infraction as minimal as a parking ticket. All cases which are plead out or have a guilty conviction label the civil defendants (through unlawful conversion) as felons when they are not. This is a fraud upon the people at large, and certainly fraud upon the alleged Defendants-in-error.

13) The Bank Account is at the Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

14) All securities are then deposited with the DTC in New York.

15) An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

16) The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse whom lists the securities for trading.

17) All of the lawyers involved are acting as private debt collectors according to the **FDCPA (Title 15§1692).** The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) use the case number to buy equity securities.

18) Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them distress debts (Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

19) Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich ,Germany (Pimco  Bonds).

20) After 9 months, all paper is converted to a securities status. This is defined in **Title 15§77(a)(b)(1)** and is now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

21) The courts have an account with the IMF (International Monetary Fund) under Interpol. The Judges involved and the US Attorneys involved do not have an accessible Oath of Office , because they cover up the fact that the oath of office is between them and the IMF.

COPYRIGHT 2022 © ALL RIGHTS RESERVED UCC1-308

CASE NUMBER: 2024DR006539WS
EXHIBIT 001

22) The US Judges and US Attorneys are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under **Title 22**, which states all foreign agents must be registered. These hypocrites don't even adhere to their own codes.

23) The court judgments are deposited with the IMF. Since this case obviously involves me, I have a drawing to all proceeds. See **UCC §3-305 and §3-306**. The court judgments are monopolized according to **Title 16**, which is a violation of antitrust laws, and also unfair trade practice.

24) Indictments are True Bills, meaning they are negotiable instruments. The District Attorney failed to give me a 1099 OID showing me as the recipient of the funds, which is a fraud upon me. In my case, I have not been indicted, but still request a 1099 OID, unless the court wishes to close this account.

25) The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a §7201 of **Title 26** violation (willful failure to file with the intent to evade the tax).

26) A copy of the Depository Resolution Agreement was not made available to me from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

27) The Clerk has a PMIA (Private Money Investment Account) is, which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

28) According to the **IRS §6209** Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

29) It is presumed that by the creation of the birth certificate, my body the labor there from is pledged to the State. This is patently absurd as this unilateral, quasi-contract is lacking in full disclosure to the parents and the babies still in their cribs.I have never pledged my rights nor my body, any labor thereof, nor any creation therefrom to any gifting program, including any court or court process.

30) I am not a charitable organization. I demand all funds from the cases (current and past cases) be sent to me within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon me, and issue a 1099 OID.

31) I demand my name and my cestui que trust name, **BRUCE BERTRAND** be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or debtor be removed immediately and permanently NUNC PRO TUNC.

32) I hereby request a copy of the Depository Resolution Agreement from the Clerk of Court. And a W-9 from the Judge and the US Attorney involved, if you wish to proceed with this case.

33) I hereby notice the Court that I am the Executor of the cestui que trust of **BRUCE BERTRAND** According to **Title 26 §303 & §7701**, companies, corporations, and associations and trusts are all decedents. This means my all capital letters name is a legal estate. My all capital letters name falls into this class. I direct all of the affairs and financial affairs of **BRUCE BERTRAND**, an Estate.

**COPYRIGHT 2022 © ALL RIGHTS RESERVED UCC1-308**

CASE NUMBER: 2024DR006539WS
EXHIBIT 001

**34)** I demand this case/account be closed and no further steps taken to securitize it.

**35)** I hereby ask the Court, as my fiduciary and trustee, to notify local agents and agencies to put me on a do not disturb or detain list so that we do not have to go through this again. Additionally, I demand compensation from the **STATE OF FLORIDA** in the amount of **$10,000.00** for the commercial injury I have sustained from the loss of my property, loss of time from work, the cost of certified mailings of **AFFIDAVITS, NOTICE AND DEMAND** letters to the parties involved, the cost of filings and recordings as well as the expenses incurred for traveling as a result of being deprived of the use of my private property (automobile) which was unlawfully converted for public use.

**36)** I want to remain confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases and that the public policy enforcers are ignorant of the aforementioned facts regarding their often erroneous administration of the Cestui que trust.

**37)** I expect no further harassment from rogue unregistered foreign agents and public policy enforcers acting under color of law.

**LETTER ROGATORY FOR RELIEF**

**FURTHER AFFIANT SAITH NOT.**
Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name:) **:Bruce of The Family: Bertrand,**
Principal, by Special Appearance, proceeding Sui Juris.

Signed: _Bruce Bertrand_

Date: _6/17/2026_

On this _17_ day of _June_, _2026_, before me, the undersigned, a Notary Public in and for _Bruce Bertrand_, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _(signature)_
Printed Name: _Ahmed Abu Nassew_
Date: _06 – 17 – 2026_
Address: _8338 Embassy Blvd_
_Port Richey FL, 34668_

**COPYRIGHT 2022 © ALL RIGHTS RESERVED UCC1-308**

RELEASE OF LIEN ON REAL PROPERTY

Whereas    **BRUCE BERTRAND**              of              **2024DR006539WS**  by a bond
<u>(Name)</u>                              <u>(Place of Residence)</u>
for the performance of U.S. Government Contract Number        **2024DR006539WS** _____ ,
became a surety for the complete and successful performance of said contract, which bond
includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

TICKET NUMBERS: **2024DR006539WS**

and recorded this pledge on      *5050 WEST TENNESSEE STREET TALLAHASSEE, FLORIDA 32399*
                                  (Name of Land Records)
in the            TALLAHASSEE                      Of       FLORIDA STATE            ,
                  (Locality)                                (State)

and

Whereas, I,    **Bruce Bertrand**                                             , being a duly
authorized representative of the United States Government as a warranted contracting officer,
have determined that the lien is no longer required to ensure further performance of the said
Government contract or satisfaction of claims arising therefrom,
and Whereas the surety remains liable to the United States Government for continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnessed that the Government hereby releases the
aforementioned lien.

[Date]                                      [Signature] ,

                                                 Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 90 (REV. 1-90) Prescribed
by GSA-FAR (48 CFR) 53.228(n)

**Document Name:** Release of Lien On Real Property

### State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Pasco**

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 06 day of 17, 2026, by, Bruce Bertrand (name of person making statement).

_____
*(Signature of notary public)*

_Ahmed Abu Nasser_
_____
*(Name of notary public)*

**My commission expires:** <u>Feb 19, 2028</u>

AHMED ABU NASSER
Notary Public · State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

**Official Seal**

Personally known          OR
Produced identification X Type of identification produced: FL DL

05-74-0432NSB 03-2020

Form **W-8BEN**
(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** | **Instead, use Form:**
--- | ---
• A U.S. citizen or other U.S. person, including a resident alien individual | W-9
• A person claiming that income is effectively connected with the conduct of a trade or business in the United States | W-8ECI
• A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY
• A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP

Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

• A person acting as an intermediary | W-8IMY

Note: *See instructions for additional exceptions.*

### Part I    Identification of Beneficial Owner (See instructions.)

**1** Name of individual or organization that is the beneficial owner
BRUCE BERTRAND ESTATE

**2** Country of incorporation or organization
FLORIDA PER 8 USC 1408

**3** Type of beneficial owner:    ☑ Individual    ☐ Corporation    ☑ Disregarded entity    ☐ Partnership    ☐ Simple trust
☐ Grantor trust    ☐ Complex trust    ☐ Estate    ☐ Government    ☐ International organization
☐ Central bank of issue    ☐ Tax-exempt organization    ☐ Private foundation

**4** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
General Post Office

City or town, state or province. Include postal code where appropriate.
MANGO

Country (do not abbreviate)
FLORIDA

**5** Mailing address (if different from above)
C/O

City or town, state or province. Include postal code where appropriate.

Country (do not abbreviate)
FLORIDA REPUBLIC

**6** U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN    ☑ EIN

**7** Foreign tax identifying number, if any (optional)

**8** Reference number(s) (see instructions)
N/A

### Part II    Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The beneficial owner is a resident of ........................................ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

**c** ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............. of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ............... ............... .
Explain the reasons the beneficial owner meets the terms of the treaty article: ...............................................................
....................................................................................................................

### Part III    Notional Principal Contracts

**11** ☑ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶

........................................................
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

........................
Date (MM-DD-YYYY)

Beneficial Owner
Capacity in which acting

**For Paperwork Reduction Act Notice, see separate instructions.**    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

*Printed on Recycled Paper*

# TRUTH AFFIDAVIT

I, the affiant, **Bruce Bertrand,** a consumer having a discovery of fraud on this "account" **2024DR006539WS** as defined pursuant **to Title 12 of the Code of Federal Regulations subsection 1002.2.**
*"Which states that it means an extension of credit. When employed in relation to an account, the word refers only to open-end credit. If the account becomes closed under the discovery of the nature of fraud adverse action is required. A refusal to grant credit in substantially the amount or on substantially the terms requested in an application unless the creditor makes a counteroffer (to grant credit in a different amount or on other terms) and the applicant uses or expressly accepts the credit offered."*

**Pursuant to title 16 of the Codes of Federal Regulation subsection 433.1(f)**
*I give notice, it is a fact, affiant has reason to believe and do so believes, this contract, was intended to be a written agreement with full disclosure as required in the Truth in Lending Act in order for, I the affiant, to be able to properly contemplate any concerted and or cooperative activity between I, and the Department of Family and Children Services or Florida State Departmant Of Revenue. Upon discovery, I have reason to believe and do so believe I did not receive such disclosure, as to be shown on any document.*

*It is a fact, I the affiant, am aware that the "application" is re-occurring every few months throughout a year. My personal Identifying information is being used without my consent as a consumer. The deceptive form and practice cause families to break up and create mental anguish.* Which is harassment and a violation **pursuant to title 15 of the United States Codes subsection 1692(d)(2).**

***I demand to see all account information pursuant to the Sherman's Act 1890 since I, the affiant, do so believe that wire fraud is being conducted pursuant to title 18 of the United States Codes subsection 1343.***

*The Social Security Act states that full disclosure must be given in the course of use of your Social Security Number.* ***Pursuant to title 45 of the Codes of Federal Regulations subsection 301.1*** *it defines "Act" as the Social Security Act and within the Act it clearly states that full disclosure must be given.*

Florida State Departmant Of Revenue, and Department of Family and Children Services gives an "application" which is **defined pursuant to 12 CFR 1002.2** to mean some sort of an oral or written agreement for an extension of credit that is made in accordance with procedures used by a creditor for the type of credit requested. Application does not include the use of an account or line of credit to obtain an amount of credit that is within a previously established credit limit. A completed application means an application in connection with which a creditor has received all the information that the creditor regularly obtains and considers in evaluating applications for the amount and type of credit requested (included but not limited to, credit reports, any additional information requested from the applicant, and any approvals or reports by government agencies or other persons that are necessary to guarantee, insure, or provide security for the credit or collateral.) The creditor shall exercise reasonable diligence in obtaining such information.

**Pursuant to title 15 of the United States Codes subsection 1602(l)** my social security card number (which is a credit card by true definition under the Truth in Lending Act) was used without my consent. Which indicates Aggravated Identity Theft **pursuant to Title 18 of the United States Codes subsection 1028A.**

**Pursuant to title 15 of the United States Codes subsection 1693(l)** states that no writing or other agreement between a consumer and any other person may contain any provision which constitutes a waiver of any right conferred or cause of action created. Nothing prohibits, however, any writing or other agreement which grants to a consumer a more extensive right or remedy or greater protection than contained or a waiver given in settlement of a dispute or action.

Exhibit 005 - Bruce Bertrand
Page 1 of 3

TRUST NUMBER: 2024DR006539WS

EXHIBIT 005

Pursuant to title 15 of the United States Codes subsection 1631 the creditor is supposed to disclose to the person who is obligated on a consumer credit transaction. For if there is no full disclosure the consumer has a right to rescind any contract **pursuant to title 15 of the United States Codes subsection 1635.** I, the affiant, and consumer have not signed any contracts with Department of Family and Children Services or Florida State Departmant Of. Revenue and this is what created the discovery of fraud on the account.

**Pursuant to title 15 of the United States Codes subsection 1666(b)(2), it is a fact, affiant is aware, documentary evidence pursuant to title 15 of the United States Codes subsection 44** includes all documents, papers, correspondence, books, of account, and financial and corporate records which involve all derives, assignees, hypothecations in connection with my natural person. I require this clarification in order to address the billing error for the amount shown in the complaint from Department of Family and Children Services Office and other supporting practices at law firms. I need to clarify who funded the "account" and how much is owed according to the journal and ledger entries from the date of open of this "account" as described in **IRS Publication 583.**

**Pursuant to title 15 of the United States Codes subsection 1666e** if the creditor does not provide all documentary evidence as defined under title 15 of the United States Codes subsection 44 this will result in a billing error and the creditor forfeits all rights to collect on the amount the person has identified in the discovery in the nature of fraud on this account. The term "Dispute" is not defined **pursuant to title 15 of the United States Code subsection 1692G(B)** so no creditor, or debt collector can tell me what constitutes as a dispute when it was not legally defined. This is a disagreement...

**Pursuant to title 15 of the United States Codes subsection 1692j** it is a fact, the child support services rendered from Florida State Departmant Of. Revenue and the Department of Family and Children Services are in a deceptive form being labeled as an "application" used for the benefit of deceiving people into a service that is supposed to benefit me since a "Credit Sale" has taken place.

Notice it is a fact, **pursuant to title 18 of the United States Code subsection 228(f)(3)** it states the term support obligation means any amount determined under a court order or an order of an administrative process pursuant to the law of a State or of an Indian tribe to be due from a "person" for the support and maintenance of a child and the parent with whom the child is living. According to **title 18 of the United States Codes subsection** 9 vessel of the United States defined.

This "person" is defined as a vessel belonging in whole or in part to the United States, or any citizen thereof, or any corporation created by or under the laws of the United States, or any State, Territory, District, or possession thereof. Pursuant to title 15 of the United States Codes subsection 3 the trust is a person which would make this illegal. Notice, it is a fact, pursuant to title 15 of the United States Codes subsection 1 it is also illegal that any contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several states, or with foreign nations, is declared to be illegal. Since I did not even sign the Birth Certificate of the child this does make the state responsible.

**Pursuant to title 18 of the United States Codes subsection 1962** it shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt.

**Pursuant to title 31 of the United States Codes subsection 6101(B)** assistance does not include conventional public information services or procurement of property or services for the direct benefit or use of the Government. Therefore this service of the Department of Family and Children's Services is supposed to be for my benefit and not against me nor working together with other departments as well against me.

There have been multiple violations in the past **pursuant to title 15 of the United States Codes subsection 1692(e)(4)** with garnishment of wages, and threats of being arrested.

Exhibit 005 - Bruce Bertrand
Page 2 of 3

FI-260601-101-00000145

TRUST NUMBER: 2024DR006S39WS

EXHIBIT00S

The named prosecutor on this case file clearly stated he/she was an attorney for the Florida State Department Of Revenue then clearly just asked me if I can pay $:34,745.71 amount of money which is a violation **pursuant to title 15 of the United States Codes subsection 1692(e)(3).** There's two things wrong with this first the Dollar sign used means peso's according to the USO. Secondly, this creates a violation pursuant to title **15 of the United States Codes subsection 1692(e)(2)** for placing a positive amount on something that's deemed to be a credit sale.

Child Support is deemed civil, and a consumer cannot create a crime **pursuant to title 15 of the United States Codes subsection 1692(e)(7).** I have been wrongfully accused and I the affiant, have proof with Exhibits. __ .

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) :Bruce - of The Family:  Bertrand

Principal, by Special Appearance, proceeding Sui Juris.

Signed:_____

Date:___6/17/2026___

On this ___17___ day of ____June____ 2026 before me, the undersigned, a Notary in and for _Bruce_ _Bertland_____ personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed:_____
____Ahmed Abu Nasser____
Printed Name:
Date:____06 - 17 - 2026____

Address:__8338 Embussy Blvd__
__Port Richey FL , 34668__

AHMED ABU NASSER
Notary Public · State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

*EXHIBIT 005 - Bruce Bertrand*
*Page 1 of 1*



Child Support Program

**Notice of Noncompliance with Support Order and Intent to Suspend License for Nonpayment of Support**

Exhibit 005    CS-EF183
R. 03/23

BRUCE BERTRAND SR
PO BOX 2233
MANGO FL 33550-2233



Date: February 11, 2026
Child Support Case Number: 2002104801
Court Case Number: 51240006539DR

1. **Suspending your license(s).** We plan to suspend your Real Estate Broker or Sales license(s) because:
   - You are ordered to pay $0.00  semimonthly in current support, plus $375.00  semimonthly as payment on the past-due amount for a total of $375.00  semimonthly. As of February 11, 2026 you owe $34,745.71  in past-due support and are $3,000.00 delinquent in your payments. You have not paid as ordered. To see the total obligation and past due amount for this case view the case online at floridarevenue.com/childsupport/parentresources.

2. **You have 30 days from the date of this notice to:**
   - Pay the amount you are behind in full;
   - Sign a payment agreement; or
   - Contest this action by filing a petition in circuit court.

3. **Enter into a payment plan.** If you enter into a payment plan:
   - We will not suspend your license(s) as long as you pay as agreed.
   - We will suspend your license(s) if you do not pay as agreed without further notice to you.

To request a payment plan, use your eServices account at childsupport.floridarevenue.com or by email using the online contact form at FloridaRevenue.com/AskChildSupport.

| | |
|---|---|
| **If you have questions or need help:** | **Access your case online:** childsupport.floridarevenue.com<br>**Email us:** FloridaRevenue.com/AskChildSupport<br>**Chat with us or learn more at:** floridarevenue.com/childsupport<br>**Call:** 850-488-KIDS (5437)<br>Para asistencia en español, llame al 850-488-5437 y marque 7 |
| **Employment and other resources:** | floridarevenue.com/childsupport/parentresources |



T    1 of 1



0101305752149926042102493541

**Form 56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Bruce Bertrand | | |

Address of person for whom you are acting (number, street, and room or suite no.)

**5050 West Tennessee Street**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Tallahassee, FL 32399**

Fiduciary's name

**Blaise Ingoglia D/B/A Chief Financial Officer of Florida Department of Revenue**

Address of fiduciary (number, street, and room or suite no.)

**5050 West Tennessee Street**

City or town, state, and ZIP code

**Tallahassee, FL 32399**

Telephone number (optional)

( 877 )    693-5236

### Section A. Authority

1    Authority for fiduciary relationship. Check applicable box:
a ☐ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☐ Fiduciary of intestate estate
e ☐ Valid trust instrument and amendments
f ☐ Bankruptcy or assignment for the benefit of creditors
g ☑ Other. Describe: **OFFSETTING OF CREDITS & DEBITS**
2a    If box 1a, 1b, or 1d is checked, enter the date of death:
b    If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets:

### Section B. Nature of Liability and Tax Notices

3    Type of taxes (check all that apply): ☐ Income    ☐ Gift    ☐ Estate    ☐ Generation-skipping transfer    ☐ Employment
☐ Excise    ☐ Other (describe):
4    Federal tax form number (check all that apply): a ☐ 706 series    b ☐ 709    c ☐ 940    d ☐ 941, 943, 944
e ☐ 1040 or 1040-SR    f ☐ 1041    g ☐ 1120    h ☐ Other (list):
5    If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . . ☐
and list the specific years or periods within your authority:

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.        Cat. No. 16375I        Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                                    Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe: _____

_____

### Section B—Partial Revocation

7a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ☐

b   Specify to whom granted, date, and address, including ZIP code.

_____

_____

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ☐

_____

_____

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **Florida Department of Revenue** | |
| Address of court | Docket number of proceeding |
| **5050 West Tennessee Street** | |

| City or town, state, and ZIP code | Date | Time | | a.m. | Place of other proceedings |
|---|---|---|---|---|---|
| **Tallahassee, FL 32399** | | | ☐ | ☐ p.m. | |

| **Part IV** | **Signature** |

**Please
Sign
Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 11-2022)

CASE NUMBER: **2024DR006539WS**

EXHIBIT 007

*THE HONORABLE COURTS OF FLORIDA*
## AFFIDAVIT

## DEMAND TO DISMISS

Affiant, :Bruce OF THE FAMILY: Bertrand, **sui juris, a common man of the Republic People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.**

**BRUCE BERTRAND**
## VS

2024DR006539WS

**FLORIDA DEPT. OF REVENUE**

# DEMAND to DISMISS

Bruce Bertrand Demands to move the court to dismiss this case for the following reasons.

### 1. THE RESERVATION OF MY RIGHTS.

:Bruce OF THE FAMILY: Bertrand, **explicitly reserve all of my rights. UCC 1-308 which was formally UCC 1-207.**
**§ 1-308. Performance or Acceptance Under Reservation of Rights.**
**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.**

### 2. FURTHER ADVISEMENT

CASE NUMBER: **2024DR006539WS**

EXHIBIT 007

This is to advise that all of the actions of the court and all others in these cases against BRUCE BERTRAND are in violation of ...

A. USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law

B. USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

WHEREFORE, :Bruce OF THE FAMILY: Bertrand, demands and prays for the foregoing speedy relief.

Kindest and warmest regards,

Signed _:Bruce of the family: Bertrand_

Without prejudice UCC 1-308
:Bruce OF THE FAMILY: Bertrand,

## Notification of reservation of rights
### UCC1-308/UCC 1-207

PUBLIC

Your name here, :Bruce OF THE FAMILY: Bertrand, sui juris

THIS IS A PUBLIC COMMUNICATION TO ALL
All rights reserved
UCC1-308
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

*Demand to Dismiss – Bruce Bertrand*
*Page 2 of 3*

CASE NUMBER: **2024DR006539WS**

EXHIBIT 007

Let it be known to all that I, Bruce Bertrand explicitly reserves all of my rights. UCC1-308 which was formally UCC 1-207.

Further, let all be advised that all actions commenced against me may be in violation of,...

USC TITLE 18 > PARTI > CHAPTER 13 > § 242 Deprivation of rights under color of law

USC TITLE 18 > PARTI > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

Signed _____*Bruce Bertrand*_____ sui juris,

This Affidavit is dated___ 6/17/2026 _____.

**NOTARY PUBLIC**

**STATE OF COUNTY OF**_____

Subscribed and sworn to before me, a Notary Public, the above signed your name here.

This day of _____, 2026

**Notary Public**

MY COMMISSION EXPIRES:_____

*Demand to Dismiss – Bruce Bertrand*
*Page 3 of 3*

**Document Name:** Demand To Dismiss

## State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Pasco**

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 06 day of 17, 2026, by, Bruce Bertrand (name of person making statement).

_____
*(Signature of notary public)*

AHMED ABU NASSER
Notary Public - State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

*Ahmed Abu Nasser*
_____
*(Name of notary public)*

My commission expires: Feb 19, 2028

**Official Seal**

Personally known          OR
Produced identification X Type of identification produced: FL DL

05-74-0432NSB 03-2020

EXHIBIT 006

**You are hereby ordered to CEASE AND DESIST any/all actions!**

You are hereby in RECEIPT OF NOTICE under the **Fair Debt Collections Practices Act, RCW 62A.3, RCW 19.16 and 19.86** regarding your above referenced file number and presented with a CONDITIONAL ACCEPTANCE OFFER.

If you can state your claim, please provide that information & fill out the enclosed IRS form W9. I will need your EIN number to forward to IRS for collections via form 1099/1096 stating your taxable gain on any payments made or amounts you may incur in the self executing contract section if you pursue this matter without proof of claim.

In an effort to settle this matter in the most efficient possible manner, I hereby CONDITIONALLY ACCEPT your demand for payment in the above named matter upon your complete and total fulfillment of the following conditions:

**Condition #1.** A Notarized copy of the ORIGINAL WET INK SIGNED CONTRACT PER per **15 U.S.C. 1681** and all other supporting documentation that give rise to and lawfully support the alleged obligations your firm now claims is owed.

**Condition #2.** Provide me with a sworn and notarized Affidavit, signed under Penalty of Perjury as follows:

a. That your client is the bona fide party in interest and Holder in Due Course of the aforementioned Contract, and that they can and will further produce said ORIGINAL WET INK SIGNED CONTRACT per **Section 604 of the Fair Credit Reporting Act** AND 15 U.S.C. 1681 in Condition #1 above.

b. The names, addresses, dates and durations of time during which any and all persons, Corporations, associations, legal firms or any other parties and/or entities who may have had or presently now have any interest in the collection or legal proceedings regarding this alleged obligation.

c. That as a claimed debt collector, you have not purchased evidence of this alleged debt and are proceeding solely in the name of the original contracting party or parties.

d. That you know, understand and agree that certain clauses in a contract of adhesion are unenforceable unless the party to whom the contract is extended could have selectively rejected the clause.

e. That both you and your firm have taken reasonable and prudent due diligence to verify that the amount claimed as owed is, in fact, a legitimate and bona fide debt, prior to instigating this action and making said claim, and that all relevant correspondence, challenges, denials and counter claims by me have been fully and thoroughly reviewed by and adequately answered by your firm both prior to and since initiating this claim.

f. That since initiating this claim, your firm, or associates under your employ, did not contact me at my residence more than three times in any given week or at any other unreasonable time or in any unreasonable manner.

g. That you, your firm or associates under your employ, did not fail to identify themselves as a debt collector in any manner or at any time pertaining to this alleged claim.

EXHIBIT 006

**Condition #3.** Provide written verification in the form of a signed, sworn and Notarized Affidavit from the stated creditor that you are authorized to act on their behalf in this alleged debt collection action.

**Condition #4.** Provide the total account and general ledger statement showing the full and complete Accounting of the alleged obligation you are attempting to collect from me, signed and sworn to by the authorized person responsible for maintaining these records and having first-hand knowledge as to their accuracy and authenticity, and are able and willing to testify to same under oath to that effect.

**Condition #5.** Provide Certified and Notarized copies of documents showing that you are or represent a bona fide creditor in a collection process to include:

a. A notarized copy of certified documents evidencing that you are allowed to conduct business in the State of Oregon as a collection agency.

b. A notarized copy of the Bond on file with the State of Washington allowing your firm to operate as a collection agency.

c. A notarized copy of the assignment letter including production of the signatures and status showing your firm as holders in due course of the alleged claim.

**Condition #6.** Provide the statutes and enforcing regulations, both Federal and State, which clearly and unequivocally make me liable for this alleged debt.

**Condition #7.** Provide the statutes and enforcing regulations, both Federal and State, which clearly and unequivocally allow for the collection of this alleged debt.

**Condition #8.** Provide proof that your "Notice of Debt Collection", is authorized by such Statutes and enforcing Regulations.

**Condition #9.** Provide proof of all relevant signatures and your status as Holders in Due Course of this alleged claim.

**Condition #10.** Provide the name(s), address(es) and telephone number(s) of the bona fide creditor(s) pertaining to this alleged debt.

**Condition #11.** If you are acting as an Agent, provide certified copies of the registered claim upon which you are collecting, showing the name(s) of any and all debtors and the respective bona fide creditor(s) as the secured party(s).

**Condition #12.** Provide the national and regional credit and debit card network Rules and Regulations governing electronic payments and ATM transactions; specifically the production of all versions of the manual in each case for each service/ buyer/ successor/ transferee regarding this alleged claim.

**Condition #13.** Provide a sworn and Notarized Affidavit, signed under Penalty of Perjury, that all the Rules and Regulations of the National and Regional credit and debit card network Rules and Regulations were never, at any time, violated or circumvented to the detriment of the Affiant pertaining to this alleged claim.

**Condition #14.** Provide verifiable proof that any actual "money" was ever created or loaned to me by the named creditor(s) whom you claim to represent, and not mere bookkeeping entries that were made by them in an attempt to establish the alleged obligation or debt, and in which case, this entire matter would constitute fraud on their part, as well as now yours.

EXHIBIT 006

**NOTICE:**

Contacting me again without first properly documenting that I have any obligation to you or your claimant pertaining to the above referenced trust numbers, after <u>Verifiable Receipt of this Notice of Conditional Acceptance,</u> will establish and constitute that you deliberately intend to use interstate communications in a scheme of fraud by using further threats, intimidations, deceptions and/or enticements to coerce me to commit some act creating a legal obligation and/or disability where none exists, previously or presently, as well as constituting that you and/or your firm knew or should have known that by such communication, what you have heretofore attempted to do was, and is, false and therefore unlawful. Moreover, until or unless you have fully satisfied all of my demands and claims as stated herein and previously, as well as provided by numerous laws and regulations, both Federal and State, pertaining to this alleged claim, which the courts and/or others who rely upon such written communication may well judge such acts by you as deliberately intended to impair or damage my credit rating, my reputation, my standing in the community as well as to intentionally inflict financial and emotional harm upon me, and assure you that you do so at your own peril and risk.

You have ten (10) days from receipt of this Conditional Acceptance to respond on a point-by- point basis, via sworn Affidavit, under your full commercial liability, signing under penalty of perjury, that the facts contained therein are true, correct and complete, and not misleading in any manner whatsoever. **Declarations are an insufficient response,** as declarations permit lying by omissions, which no honorable draft may contain.

Your failure to accept my Conditional Offer of Settlement by producing each and every requested answer, record and/or documentation, or in the alternative, sending me written withdrawal of your claim, (summary judgment), will constitute your stipulation that I have no duty or obligation to any portion of the above aforementioned debt whatsoever, and that you have no right or basis to pursue any further collection.

Be advised that notice to any agent of the STATE or under courts regarding this Conditional

EXHIBIT 006

Offer of Acceptance in considered notice to any and all principals. Further, your failure to fully and completely respond on a point-by-point basis, as well as ANY ACTIVITY by you or your firm to secure payment with a "Writ of Garnishment", before responding to this Conditional Acceptance, shall be deemed as an Agreement with the facts as stated in the attached Affidavit,

and shall be further deemed an Automatic Dishonor of this Conditional Acceptance and agreement to the COURTS to the immediate payment of $75,000.00 USD, payable to

**:Bruce of The Family: Bertrand** as compensating damages.

Signed from "without" the "United States" in accordance with 28 U.S.C., Sec. 1746(1). All rights are reserved without prejudice, UCC 1-207 and RCW 62A.1-207.

I have disputed this unlawful debt ; therefore, until validated you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) and any other GOVERNMENTAL AGENCIES then, you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information
correctly violates the Fair Credit Reporting Act § 1681s-2. Should you pursue a judgment
without validating this debt, I will inform the SECRETARY OF STATE AND ATTORNEY GENERAL and request the case be dismissed based on your failure to comply with the FDCPA and for reservation of rights.

x : _Bruce of The Family Bertrand_

**:Bruce of The Family: Bertrand**

Authorized Representative
A Living man

JUNE    17    2026

Date

EXHIBIT 006

RE: **Bruce Bertrand**

**Declaration by Affidavit in Support of Conditional Acceptance**

Having been duly sworn, Affiant declares the following:

1. **:Bruce of The Family: Bertrand** a living man Affiant, is competent to state the matter included in this Declaration, has knowledge of the facts and hereby declares that to the best of her knowledge, that the statements made in this Affidavit are true, correct, complete and not meant to mislead and are made under full commercial liability.

2. Affiant is not in possession of documentation that proves Respondent's claim that they have the authority to enforce a collection against Affiant.

3. Affiant is not in possession of documentation that proves Respondent's claim that there is a bona fide creditor with respect to Affiant.

4. Affiant is not in possession of documentation that proves Respondent's claim that they represent a bona fide creditor with respect to Affiant.

5. Affiant is not in possession of documentation that proves Respondent's claim that they have a registered commercial claim against Affiant.

6. Affiant is not in possession of documentation that proves Respondent's claim that Affiant is a party to a security agreement supporting their claim.

7. Affiant is not in possession of documentation that proves Respondent's alleged obligation that is now claimed as owed.

8. Affiant is not in possession of any documentation, statute or enforcing regulations that proves Respondent's claim that Affiant is clearly and unequivocally liable for this alleged debt.

EXHIBIT 006

9. Affiant is not in possession of any documentation that provides the statutes and enforcing regulations which clearly and unequivocally allows for the collection of this debt as Respondent asserts in their "Writ of Garnishment".

10. Affiant is not in possession of any documentation that proves Respondent's "Notice of Debt Collection" is authorized by statute and enforcing regulation.

11. Affiant is not in possession of any documentation that proves Respondent's proof of signatures and status as holders in due course.

12. Affiant is not in possession of documents that provide and prove the names, addresses, and telephone numbers of the bona fide creditors asserted by Respondent.

13. Affiant is not in possession of documents that provide and prove whether Respondent is or is not acting in the capacity of an agent.

14. Affiant is not in possession of any documents that prove the creditor asserted by Respondent is in fact the secured party and/or holder in due course.

15. Affiant is not in possession of any documents that prove or disprove the creditor asserted by Respondent has complied at all times with national and regional credit and debit card network rules and regulations governing electronic payments and ATM transactions.

16. Affiant is not in possession of any documents that prove that the creditor asserted by Respondent ever did loan Affiant any real money.

Further Affiant sayeth not.

X : *Bruce of The Family: Bertrand* 2026
:Bruce of The Family: Bertrand
Authorized Representative
A Living man

This is a private communication and is intended to affect an out-of-court settlement of this matter. Conduct yourself accordingly. Should any provision on this agreement be found to not be enforceable by order of a court of competent jurisdiction, it shall not adversely affect any other provision of this agreement and reasonable opportunity and effort shall be taken to modify it to become enforceable.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all successors and assigns

*Silence is Acquiescence/Agreement/Dishonor*

EXHIBIT 006

Executed on this _June 17 2026_ by: _Bruce Bertrand_

**:Bruce of The Family: Bertrand** Authorized Representative for **BRUCE BERTRAND**

**CC    Federal Trade Commission**
Consumer Complaint
600 Pennsylvania Avenue, NW
Washington, DC 20580

**AFFIDAVIT of TRUTH**

**Sworn under penalties of perjury**

Signature(s) of Real Party in Interest:

Printed Name: **:Bruce of The Family: Bertrand** Signature: _Bruce Bertrand_

EIN/SSN: _____

Failure to produce a contract in accordance with the above guidelines may illustrate that the alleged debt claimed owed was misrepresented and sold to third party debt collectors fraudulently. I am requesting a full removal of Derogatory reporting in my Credit File from all three Credit Reporting Agencies. Failure to notify me at the above address of the completion of these removals within 10 days of receipt of this letter indicates a disregard for the law to exhaust all efforts to resolve this without litigation.

By: **:BRUCE BERTRAND**
By:_____
(Print Name of Authorized Representative)          (Sign Name of Authorized Representative)

**NOTARY ACKNOWLEDGEMENT**

State of _Florida_

County of _Pasco_

SUBSCRIBED AND SWORN TO before me by _Bruce Bertrand_, known

to me or proven to me to be the real man signing this document this _17_ day of

_June_, 2026 _with a FL DL_

WITNESS my hand and official seal.

_____
Notary Public

AHMED ABU NASSER
Notary Public · State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

*CEASE AND DESIST – Bruce Bertrand*
*Page 7 of 7*

**Document Name:** Affidavit of Truth

## State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Pasco**
Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 06 day of 17, 2026, by, Bruce Bertrand (name of person making statement).

_____
*(Signature of notary public)*

AHMED ABU NASSER
Notary Public - State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

Ahmed Abu nasser
_____
*(Name of notary public)*

My commission expires: <u>Feb 19, 2028</u>

**Official Seal**

Personally known            OR
Produced identification X Type of identification produced: FL DL

05-74-0432NSB  03-2020

## COURT CLERK MUST FILE YOUR DOCUMENTS

The minute you receive any affidavit, it is recorded. Should you refuse to record my affidavits, or any other documents, once deposited with you, you are committing a crime against justice under Statutes at Large Sec. 5403 and it is punishable by up to a two thousand dollar ($2,000.00) fine and three (3) years imprisonment. If your county attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interveners. Any attorney, district attorney, or anyone form the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, and do not have the authority to represent Me.

Federal Rules of Civil Procedure 5(d)(4) Acceptance by the clerk. A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by local rule or practice.

A court clerk does not have the authority to make any judicial decisions about your paperwork or case. His/Her duties are ministerial and not tribunal. The tribunal is who gets to make the decisions regarding the quality of a paper. The clerk must file your papers on demand. Send by Registered Mail if he/she continues to refuse to comply.

Anyone who removes a document from the record can be punished for up to three (3) years in prison according to 18 USC 2071.

18 USC 2071 – (a) Whoever wilfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, wilfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three (3) years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

A document is filed once it is delivered to the clerk. It does not have to be stamped and signed. The court has held that a document is filed even if delivered to a deputy clerk at night at his home.

"...it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof. United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L.Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C.Va. 1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed." (Freeman v. Giacomo Costa Fu Adrea, 282 F. Supp. 525 (E.D.Pa. 04/5/1968).

The clerk of a court, like the Recorder, is required to accept documents filed. It is no incumbent upon him to judicially determine the legal significance of the tendered documents. In re Halladjian, 174 F. 834 (C.C.Mass.1909); United States, to Use of Kinney v. Bell, 127 F. 1002 (C.C.E.D.Pa.1904); State ex rel. Kaufman v. Sutton, 231 So.2d 874 (Fla.App.1970); Malinou v. McElroy, 99 R.I. 277, 207 A.2d 44 (1965); State ex rel. Wanamaker v. Miller, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955).) (Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al. No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.) (Emphasis added)

"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked." Biffle v. Morton Rubber Indus. Inc., 785 S.W.2d 143, 144 (Tex. 1990)

The minute all documents are received, it is recorded. Refusal to record documents once deposited to the county recorder is considered criminal subject to Title 18 USC 2071 and it is punishable by fines and imprisonment without regard to third party intervention and where consent to their party intervention is refused by the party recording the document.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.---CH. 4 CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
Every person who wilfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: (See §§ 5408, 5411, 5412.1)

SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months or by both such fine and imprisonment. See §§ 1977-1991, 2004-2010, 5506-5510.1

SEC. 5408. (Destroying record by officer in charge.)
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

The Oath of Office is a quid pro quo contract (U.S. Const. Art. 6, Clauses 2 and 3, Davis v. Lawyers Surety Corporation, 459 SW2d 655, 657., Tex. Civ. App. In which clerks, officials, or officers of the government pledge to perform (Support and uphold the United States and State Constitutions) in return for substance (wages, perks, benefits). Proponents are subjected to the penalties and remedies for Breach of Contract, conspiracy under Titled 28 U.S.C. Sections 241, 242., treason under the Constitution at Article 3, Section 3., and intrinsic fraud as per Auerbach vs. Samuels., 10 Utah 2nd 152, 349 P. 2nd 1112, 1114, Alleghany Corp vs. Kirby, D.C.N.Y. 218 F. Supp. 164, 183, and Keeton Packing Co. vs. State, 437 S.W. 20, 28.

| Violation | Code Section | Recommended Penalty |
|---|---|---|
| Breach of Oath Contract | 18 USC 3571 | $250,000.00 (each violation) |
| Denial of proper Warrant | 18 USC 3571 | $250,000.00 (each violation) |

(no supporting affidavit, no Miranda Warning / no damaged complaining party & etc.)

| | | |
|---|---|---|
| Denial of Claim of Special Appearance | 18 USC 3571 | $250,000.00 (each violation) |
| Denial of Reasonable Defense Arguments | 18 USC 3571 | $250,000.00 (each violation) |
| Denial of Access to All Evidence | 18 USC 3571 | $250,000.00 (each violation) |
| Attempted Slavery | 18 USC 3571 | $250,000.00 (each violation) |

(Forced Compliance to [adhesion] Contracts not held) Example: Requiring a citizen to participate in the Federal Reserve Banking System/Conversion of the Constitutional Right to Travel to a State Privilege i.e. no auto tag, no compulsory insurance, no inspection sticker failure to fasten a seatbelt, failure to stop for inspection, search without proper warrant, etc.

| | | |
|---|---|---|
| Converting a Constitutional Right to a State granted Privilege with above | 18 USC 3571 | $250,000.00 (each violation) |
| Denial of Provision in the Constitution | 18 USC 3571 | $250,000.00 (each violation) |

(US and/or State. Example: Demanding worthless unbacked printed paper (must be coined) FRN's payment of state debts. Clerk proceeding with a foreclosure where the filing fee was not paid in lawful money of substance gold or silver specie coinage in violation of Article 1, Section 10, Clause 1 (a federal injunction))

| | | |
|---|---|---|
| Treason (combined above acts) | 18 USC 3571 | $250,000.00 (each violation) |

Falsifying jurisdiction (trying a common law matter under colourable maritime) trying a state matter under false color of jurisdiction in the U.S. District Court outside of the 10-square mile provision at Article 1, Section 8, Clause 17)

| | | |
|---|---|---|
| Attempted Genocide | 18 USC 1091 | $1,050,000.00 (each violation) |

(destroying a family, their way to earn a living while taking their home under color of law and pretended law)

| | | |
|---|---|---|
| Misprison of Felony | 18 USC 4 | $500.00 (each violation) |
| Conspiracy (2 or more people) | 18 USC 241 | $10,000.00 (each violation) |
| Attempted Extortion | 18 USC 872 | $5,000.00 (each violation) |

(Claiming a debt not owed under the U.S. or State Constitutions) Example: collecting a form of taxes, i.e. Property/Automobile taxes not authorized by the U.S. Constitution. (Holding a Certified Money Order and pretending it does not exist, a felony as per U.S. v. Tweel, 550 F.2d 297, 299, 300.

| | | |
|---|---|---|
| Mail Fraud and Mail Threats | 18 USC 876 | $5,000.00 (each violation) |
| Fraud | 18 USC 1001 | $5,000.00 (each violation) |
| Falsification of Documents | 18 USC 1001 | $5,000.00 (each violation) |
| Perjury | 18 USC 1621 | $5,000.00 (each violation) |
| Subordinating of Perjury | 18 USC 1621 | $5,000.00 (each violation) |
| Grand Theft (see no. of counts 18 USC 2112) | 18 USC 3571 | $5,000.00 (each violation) |
| Racketeering (Civil) | 18 USC 1694 | $25,000.00 (each violation) |
| Racketeering (Criminal) | 18 USC 1963 | $250,000.00 (each violation) |
| Concealment, removal, mutilation | 18 USC 2071 | (look up for $ amount) |

Failure to produce said documents guarantees the process of due process of law and your removal from office, in addition to, statutory penalty, punishment and possible incarceration. This evidence has also been forwarded to the Internal Revenue Service Criminal Investigation Division, along with a copy of the stolen document, as the taxation for the fine in the amount of $_____ constitutes perusal by the provost marshall(s) as such.

The fines incumbent to the documents filed are in the amount of $_____. Having engaged in the commerce to infringe upon this lawful declaration, forms 1099 OID will be filed with the Internal Revenue Service to have this fine enforced and to have the Internal Revenue Service require you to pay this by tax.

A clerk of court is an officer of the court who has charge of its clerical business and keeps its records and seal, issues process, enters judgments and orders, makes certified copies from the record, etc. He belongs to the judicial department of the government. People ex rel. Vanderburg v. Brady, 275 Ill 261, 114 NE 25.

A clerk of court is a person employed in a public office of the court whose duty it is to keep the records or accounts of the court. Jones v. Reed, 58 Ga.App. 72, 197 SE 665.

The duties of clerks of court are in general to serve the court in a ministerial capacity, to act as custodian of its records, and to perform such duties as are prescribed by law or imposed by the lawful authority of the court. Union Bank & Trust Co. v. County of Los Angeles, 2 Cal.App.2d 600, 38 P.2d 442 (ovrld on the grounds Minsky v. Los Angeles, 11 Cal.3d 113, 113 Cal.Rptr. 102, 520 P.2d 726.

In the performance of his duties as a ministerial officer of the court, the clerk is subject to the control of the court. See State ex rel. Caldwell v. Cockrell, 280 Mo 269, 217 SW 524; State ex rel. Tolls v. Tolls, 160 Or 317, 85 P.2d 366, 119 ALR 1370 (ovrld on the grounds Burnett v. Hatch, 200 Or 291, 266 P.2d 414).

If the clerk fails to obey an order of the court, he may be guilty of contempt (see Shelley v. Thomas, 232 Ala 227, 167 So 316; Ex parte Thatcher, 7 Ill. 167; State ex rel. Caldwell v. Cockrell, 280 Mo 269, 217 SW 524; Territory v. Clancy 7 NM 580, 37 P 1108) even when the order is erroneous in law (The fact that a court order requiring payment of accrued temporary alimony and suit money is not properly a judgment constituting a lien on realty and on which execution may be issued does not prevent the clerk's refusal to obey the court's direction to docket it in the judgment lien docket from being a contempt. State ex rel. Tolls v. Tolls, 160 Or 317, 85 P.2d 366, 119 ALR 1370 (ovrld on the grounds Burnett v. Hatch, 200 Or. 291, 266 P.2d 414).

A clerk of court may <u>not</u> exercise judicial power except by constitutional or legislative provision (see Gardner v. Bunn, 132 Ill 403, 23 NE 1072; Re Terrill, 52 Kan 29, 34 P 457; Hornack v. State, 39 Ohio App 203, 177 NE 244. It is well settled that although a clerk of court may perform acts of ministerial and non discretionary character with respect to judicial proceedings, such a clerk has no judicial powers in the absence of specific statutory or constitutional authority. State ex rel. Citizens Nat. Bank v. Superior Court of Madison County, 236 Ind. 135, 138 N.E.2d 900) and then only in accordance with the strict language of the provision (see Pacific Nat. Fire Ins. Co. v. Irmiger, 254 Wis 207, 36 N.W.2d 89. When judicial or quasi-judicial powers are expressly conferred upon the clerk of court, the clerk's authority is strictly limited within the terms of the statutory or constitutional provision conferring it. State ex rel. Citizens Nat. Bank v. Superior Court of Madison County, 236 Ind. 135, 138 N.E.2d 900).

A clerk of court cannot ordinarily perform functions of a purely judicial character, such as the determination of the sufficiency of a complaint (see Newport v. Culbreath, 120 Fla 152, 162 So. 340).

It is the official duty of the clerk of court to file all papers in a cause presented by the parties, and to indorse the correct date of the filing thereon. (See Brinson v. Georgia R. Bank & Trust Co., 45 Ga.App. 459, 165, SE 321. Under the statute, the clerk's duties include the obligation to file all papers properly before him. See Hamilton v. Department of Industry, Labor & Human Relations, 56 Wes.2d 673, 203 NW2d 7 (ovrld on other grounds Re Pewaukee (Wis) 241 NW2d 603).

As a ministerial officer, it is the mandatory duty of the clerk of the Court of Civil Appeals to file and forward to the Supreme Court any document tendered to him appertaining to an appeal in any cause pending in that court which is addressed to the Supreme Court. (See Wagner v. Garrett, 114 Tex. 362, 269 SW 1030).

A paper is filed with the clerk of court when it is delivered to him for that purpose. (See Morthland v.Lincoln Nat. Life Ins. Co., 220 Ind 692, 42 NE2d 41, reh den 220 Ind 734, 46 NE2d 203).

It is the duty of the clerk of court, in the absence of instructions from the court to the contrary, to accept for filing any paper presented to him provided such paper is not scurrilous or obscene, is properly prepared, and is accompanied by the requisite filing fee. (See State ex rel. Wanamaker v. Miller, 164 Ohio St 174, 57 Ohio Ops 151, 128 NE2d 108.

When the statute requires the clerk of court to file all papers delivered to him to be filed, he is not concerned with the merit of the papers nor with their effect and interpretation. (See Corey v. Carback, 201 Md 389, 94 A2d 629).

It is not incumbent upon one who has the ministerial function of accepting the filing of a complaint to judicially determine the legal significance of the tendered document. See State ex rel. Kaufman v. Sutton (Fla.App.)231 So2d 874.

The clerk has <u>no discretion</u> in the matter of filing papers recognized by law as properly belonging in the record of causes. (See Bernard v. Crowell (Tex Civ App), 38 SW2d 912).

It is <u>not</u> for the clerk to inquire into the purpose or contents of such papers, or into the circumstances giving rise to them or attending their preparation. (See Bernard v. Crowell (Tex Civ App), 38 SW2d 912 (bystander's bill of exceptions).

The power to make any decision as to the propriety of any paper submitted, or as to the right of a person to file such paper, is <u>vested in the court, not the clerk</u>. (See State ex rel. Wanamaker v. Miller, 164 Ohio St 176, 57 Ohio Ops 151, 128 NE2d 108).

Those dealing with the clerk of a court concerning an action or matter then ending have a right to expect that he will perform the ministerial duties connected with his office, and his neglect or failure to do so should not prejudice their rights. (See Williams v. Tyler, 14 Ala App. 591, 71 So 51, cert den 198 Ala 696, 73 So 1002; Hogs Back Consol. Mining Co. v. New Basil Consol. Gravel Mining Co. 65 Cal 22, 2 P 489; Silverman v. Childs, 107 Ill. App. 52; May v. Wolvington, 69 Md 117, 14 A 706; Thompson v. Sharp, 17 Neb 69, 22 NW 78; Hopkins v. Giggli (Tex) 6 SW 625; Black v. Hurlbut, 73 Wis 126, 40 NW 673).

A clerk of court is, generally speaking, liable personally and on his official bond to a litigant injured as a result of his negligence or misconduct.

The principle that a public officer should be held to a faithful performance of his official duties and made to answer in damages to all persons who may have been injured through his malfeasance, omission, or neglect applies to the negligence, carelessness, or misconduct of a clerk of court. (See 63 Am Jr 2d, Public Officers and Employees §§ 287 et seq. Also see Lick v. Madden, 36 Cal. 208).

As a public ministerial officer, the clerk is answerable for any act of negligence or misconduct in office resulting in injury to the complaining party. (See Eslava v. Jones, 83 Ala 139, 3 So 317; Stewart v. Sholl, 99 Ga 534, 26 SE 757; Stine v. Shuttle, 134 Ind. App. 67, 186 NE2d 168; Selover v. Sheardown, 73 Minn 393, 76 NW 50; State ex rel. St. Louis v. Priest, 348 Mo 37, 152 SW2d 109.

Clerks of the Superior Court are no less liable for the negligent performance of their official duties than for a failure to perform such duties. Touchton v. Echols County, 211 Ga 85, 84 SE2d 81.

A clerk of court is liable in a civil action for a negligent omission to perform a statutory duty which approximately causes injury to another, unless the injured party was contributorily negligent. Maddox v. Astro Invest., 45 Ohio App 2d 203, 74 Ohio Ops 2d 312, 343 NE2d 133.

To the following Respondents:

Honorable Presiding Judge, or current office holder
in chambers

**FLORIDA DEPARTMENT OF REVENUE**
**550 W. TENNESSEE ST**
**TALAHASSEE, FLORDA**

Re: **FLORIDA DEPARTMENT OF REVENUE**
TICKET NUMBERS: **2024DR006539WS**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dear Respondents:

Please note, I have been informed the court sold bonds and/or securities bearing the name **BRUCE BERTRAND** under SSN___**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**_____, without my knowledge and consent, which I believe is securities fraud, as well as breach of your fiduciary duties. While I am not making such an accusation at this time, I am giving you an opportunity to rectify the situation. *Enclosed you will find GSA forms OF90; Release of Lien on Real Property, OF91 Release of Personal Property from Escrow, SF28; Affidavit of Individual Surety, SF24 Bid Bond; SF25; Performance Bond and SF25A; Payment Bond.* These bonds authorize you to order the release of the defendant/surety from prison and/or conditions of release. I demand to be released immediately. I also request that the record for Case Number(s) be amended to reflect the proper accounting to maintain the integrity of the data used in the national matching program.

It is my intent, through use of these government forms, to provide the remedy to settle and close the case and all associated accounts. It is my understanding that the defendant/trust has been an agency/vessel of the United States since August 12, 1949, and a resident of the State of Ohio. 26 USC 2031 (see 2652: definition of a trust - "any arrangement that has the effect of a trust is a trust whether it is called a trust or not') [ Insinuation (Blks 8th and 5th), any time a deed is recorded by insinuation, it's called a donation](due to the fraud of the secrecy)[2046 Balance sheet], [1041 instruction booklet pg. 2,6 and 13] 6209 decoding manual; Title 12 sec 1813 L-1 '"Any note deposited in a demand deposit account becomes the equivalent of cash and is a cash proceed. RCW 62A.3-104(e)[UCC 3-104 E] "any note is a liability instrument or it can be treated as a draft" endorsed on the back as payee and Kentral-Que:Man was the payor as in a check I am the contracting officer for said trust, and no contracts are entered into without my signature. The trust known as **BRUCE BERTRAND, account # SSN**___**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**____, has a bonded escrow account located at the DTC, from where all necessary funds may be accessed. (26 USC 2611 defines a "skip person" as a trust) including all incidents stemming from, relating to or having any relationship to from or with **FLORIDA DEPARTMENT OF REVENUE FOR AND ON BEHALF OF BENEFICIARY BRUCE BERTRAND**. This fraud was brought upon the Court when, as co-fiduciary trustees, they represented the plaintiff/ principal(s) to be the above listed plaintiff/principal(s) knowing that the Securities and Exchange Commission (SEC) SQ/SA and 424b5 prospectus filing(s) listed different entity(s) ownership(s) and I believe that no evidence to the contrary exists. The above named Administrators, Executors, Representatives and Fiduciary Trustee's while acting in their official capacities agree to hold the Grantor/Beneficiary Kentral-Que: Man harmless from any liability or loss by indemnification and bond from any and all possible taxable terminations, transfers, distributions, direct skips originating from the Legal Estate of the Decedent **BRUCE BERTRAND** political commercial account No, **2024DR006539WS** At the expiration of 72 HOURS of the date of this Indenture Agreement, Indemnity Bond, without the total and complete correction of the record will constitute a breach of contract with a summary judgment and an international commercial Notice of lien on the real and movable property, malpractice bond(s) and non

Bonds Notice – Bruce Bertrand
Page **1** of **4**

performance bond(s) of each and every Co-Fiduciary/ Trustee and Co-Administrator, and all others similarly situated, et al, to be offered to the international community for execution.

This appointment will not be affected by the addition of additional Co-Administrators and Co-Fiduciary Trustees. from time to lime by the Grantor Beneficiary Kentral-Qee: Man, {Beatty v Guggenheim Exploration Co. 122 NE 378 (/9/9). 225 NY 380. 119 NE 575.223 NY 294 (/9/8). Land mark case all constructive trust} as they become known. FAILURE TO CORRECT THE RECORD AND SETTLE THE ACCOUNT WITHIN 72 HOURS will constitute a Trust ex maleficio and will result in a claim of Fiduciary Trust FRAUD for the wrongful conversion of beneficiary Stacy Paulette: McGuire's beneficial interest including the conversion of counterfeited securities and obstruction of justice with a claim to the Criminal Tax Division of the Internal Revenue Service for Criminal tax evasion of $500,000.00 including but not limited to many years in prison ( Trezevant v. City of Tampa] and 1099OID and 1099C showing you as the recipient of the funds on this taxable instrument(s) and the international community for the execution of penalties for counterfeit securities issued against the **:Bruce of The Family: Bertrand** and without any AGREEMENT.

Pursuant to this Private Settlement Agreement Judgment:
IT IS DECLARED:
There now exists, a private contract between us and what I expect of you co-administrators and co-fiduciary trustees to remain on your side of the Declaration of Rights that precedes and attaches to the STATE OF FLORIDA corporation constitution and that you remain in the state corporation constitution and out of my domain which is the declaration of the Bill of Rights and:

IT IS the intent herein that any conducted court proceedings are intended to be of competent jurisdiction and

IT IS the intent herein that Plaintiffs are corporations and

IT IS the intent herein that the Plaintiffs have failed to state a claim upon which relief can be granted [12(b)(6) and

IT IS the intent herein that the act of criminal barratry will be charged to the clerk of court and/or the court administrator for any reassignment of fiduciary duty by the court administrator and/or denial to the filing of this Private Settlement Agreement Order creating the denial of the right to access the court and

IT IS the intent herein that the act of criminal barratry will be charged to the judge/agent, clerk of court and/or court administrator for any controversy brought into this court in opposition to this Private Settlement Agreement and

---

*Counterfeit Securities-- Pursuant to Title 18 USC § 4, of the commission of crimes cognizable by a court of the United States under Title 18 USC § 513 to wit: "513(a) Whoever makes.. utters or possesses a counterfeited security of a State or political subdivision thereof or of an organization with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or imprisoned not more than ten years, or both.*
*See also Sections 23 11 , 23 14, and 2320 for additional fines and sanctions. Among the securities defined at 18 USC § 2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation or right of action.*

---

IT IS the intent herein that abuse of office, and official misconduct will occur for any failure of the clerk of court and/or court administrator and/or judge/agent to place this Private Settlement Agreement into the evidence file and

IT IS the intent herein that standard judicial operating procedures (SOP) can never over rule obstruction of justice or due process [Trezevant v. City of Tampa] and

IT IS the intent herein that any applicable damages shall be assessed at the rate previously set in Trezevant v. City of Tampa and

IT IS the intent herein that Administrators, Executors, Fiduciary Trustee's provide equal protection of the law as a Matter of Law and as a Matter of Record and

Bonds Notice – Bruce Bertrand
Page **2** of **4**

IT IS the intent herein that Administrators, Executors, Fiduciary Trustee's comply with Federal Congressional Legislation by not upholding recoupment and

IT IS the intent herein that the act of criminal barratry, abuse of office and/or official misconduct will be charged to the judge/agent, clerk of court and/or court administrator for any failure to acknowledge and deliver this Private Settlement Agreement judgment pursuant to the tenants herein and

IT IS the intent herein that this judgment is acknowledged by Plaintiffs and the Clerk of Court and

IT IS the intent herein that this judgment is entered with prejudice.
I have a right to redeem the bonds which the court and/or the prison sold in the Defendant/Inmate's name and social security number, therefore I am replacing those bonds with the enclosed bonds. I now own this case. The enclosed forms authorize you, and indeed, order you to:

1)    RECALL all the bonds/securities which were previously sold in my name and social security number, and refund these monies to me, as those funds belong to me;
2)    Obtain your funding through the bonds enclosed;
3)    Send a statement of account showing a zero (0) balance, and a check for all bond monies previously received on this account, to the above mail location;
4)    Release the defendant/surety from confinement and all conditions of supervised release, immediately.

THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT or other recipients. If you think you have reason to reject these forms, you are required to **provide proof of claim via a sworn affidavit** as to why you are not required to accept the forms, or advise me of any defect you may find in the forms, and **provide your bond in support of your position.** Your failure to do so will be certified as fraud on your part, pursuant to *U.S. v. Tweel.* Please note that the court's comments are directed to Internal Revenue Service employees, and apply equally to all government employees.

> "Silence can only be equated with **fraud** <u>when there is a legal or moral duty to speak</u>, or <u>when an inquiry left unanswered would be intentionally misleading</u>. . . . We cannot condone this shocking conduct. . . . If this is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately." *U.S. v. Tweel,* 550 F2d 297, 299-300

YOUR RESPONSIBILITY. I understand it may take 60 days to process the enclosed bonds, but I require a good-faith letter from you, **within 30 days of the postmark on this communication,** acknowledging receipt of the bonds and your good-faith intention to process the bonds and release me, <u>or in the alternative, your affidavit and bond in support of your claim of a defect in the bonds.</u> I am also requesting copies of the 1099-OIDs which were (or should have been) originally filed in regard to this case, as well as copies of IRS forms 706 and 709 which should have been filed. Your failure to respond within this time frame, in the manner stipulated, will comprise your default.

DEFAULT. Failure to respond pursuant to the said terms of response or specifically perform under the provisions of the enclosed government forms, i.e., credit and ledger claimant's tender of consideration, will comprise a default on your part. As an operation of law, a default will comprise your agreement, consent and confession to all of the terms, statements and facts herein and herewith, and all inclusions and indorsements, front and back, annexed hereto. Your default will comprise your confession **to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures.** As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty and false imprisonment, and will be certified and reported to the Governor and the Comptroller of your State, the IRS and the United States Attorney in your area. Your default will comprise your agreement to the **arrest of your bond**, and to the filing of criminal complaints and/or a tort against you.

CONFESSION OF JUDGMENT: Default will comprise your agreement to accept and pay certain fees. **Your default is your agreement to pay a co-claimant fee of Fifty Million Dollars ($50,000,000.00) for the privilege of being joined as a co-Claimant against legal fiction BRUCE BERTRAND pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust).**

Bonds Notice – Bruce Bertrand
Page **3** of **4**

**Self-Executing Power of Attorney.** To facilitate your strict compliance with all of the terms of the Contract, if you fail to correct the default within ten (10) days, you give, by remaining silent, unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract. In that event, you instruct and authorize the Claimant to **execute Respondent's signature(s) in representative capacity on a *Self-executing Power of Attorney* document.**

ESTOPPEL BY ACQUIESCENCE. Your Default will comprise your agreement that all issues pertaining to this Contact are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel,** and as a result, **judgment by estoppel,** and therein you will be confessing to the criminal act of false imprisonment should you fail to release me.

WAIVER OF RIGHTS. CONFESSION OF JUDGMENT. Your Default will comprise your consent, agreement and confession to **waive any and all rights** to raise a controversy, appeal, object to, or controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel, as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account. Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such Waiver of Rights which follows is declined in writing. Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery and various crimes against humanity. The respondent's confession of judgment in the said amount is res judicata and stare decisis.
DENIAL OF WAIVER OF RIGHTS

I, _____, Respondent, hereby acknowledge that I have received, read and fully understand this administrative remedy presentment with attachments, endorsements and schedules, and do hereby reserve the right to raise a justiciable controversy by exhibiting verified proof of claim and loss no later than [must be within ten (10) days of date of signing below unless written permission for a longer period of time is obtained in writing from the Third Party Intervener/Real Party in Interest under injury]. In the event the said claim is honored, I further agree to settle all associated accounts to a zero ($-0-) Final Ending Balance.

Respondent signature: _____, Date _____

CERTIFICATION AND RECORDING OF NON-PERFORMANCE FOR EVIDENTIARY PURPOSES. For your protection, non-performance will be certified and recorded in the public record as evidence that **:Bruce of The Family: Bertrand has exhausted his/her administrative remedy and that you have elected to waive all rights to raise a controversy or claim immunity from collection proceedings, having declined the opportunity to plead.**

Thank you for your assistance with this matter.

Sincerely,
**BRUCE BERTRAND**
Government-created ens legis/trust

By: **:Bruce of The Family: Bertrand**
Authorized Representative

**SCHEDULE I**
**(Form 990)**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

**Grants and Other Assistance to Organizations,**
**Governments, and Individuals in the United States**
Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
**Attach to Form 990.**
Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**Open to Public**
**Inspection**

Name of the organization

**Florida Department of Revenue**

Employer identification number

| Part I | General Information on Grants and Assistance |
| --- | --- |

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed. |
| --- | --- |

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . ▶ _____

3  Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     Cat. No. 50055P     Schedule I (Form 990) (Rev. 12-2024)

Schedule I (Form 990) (Rev. 12-2024)                                                                                              Page **2**

**Part III**  **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

**Part IV**  **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

Schedule I (Form 990) (Rev. 12-2024)

9696    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | **1** Original issue discount for the year<br><br>$ | OMB No. 1545-0117<br><br>Form **1099-OID**<br>(Rev. January 2024) | **Original Issue Discount** |
|---|---|---|---|---|
| | | **2** Other periodic interest<br><br>$ | For calendar year<br>_____ | |
| PAYER'S TIN | RECIPIENT'S TIN | **3** Early withdrawal penalty<br>$ | **4** Federal income tax withheld<br>$ | **Copy A** |
| | | **5** Market discount<br><br>$ | **6** Acquisition premium<br><br>$ | **For Internal Revenue Service Center** |
| RECIPIENT'S name | | **7** Description | | **File with Form 1096.** |
| Street address (including apt. no.) | | | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | **8** Original issue discount on U.S. Treasury obligations<br><br>$ | **9** Investment expenses<br><br>$ | |
| | FATCA filing requirement ☐ | **10** Bond premium<br><br>$ | **11** Tax-exempt OID<br><br>$ | |
| Account number (see instructions) | 2nd TIN not. ☐ | **12** State | **13** State identification no. | **14** State tax withheld<br>$<br>$ |

Form **1099-OID** (Rev. 1-2024)    Cat. No. 14421R    www.irs.gov/Form1099OID    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
| --- | --- | --- |

**Print or type.** **See Specific Instructions on page 3.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

---

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶                          Date ▶

---

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

---

Cat. No. 10231X                          Form **W-9** (Rev. 10-2018)

RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas   **Bruce Bertrand**                              , of  **2024DR006539WS**                          , by a bond
_____                    _____
          (Name)                                            (Place of Residence)
for the performance of U.S. Government Contract Number   _____ ,

which bondbecame a surety for the complete and successful performance of said contract,
and  where as said surety has placed certain personal property in escrow

in Account Number    CASE NO. 2024DR006539WS_____on deposit

at        FLORIDA DEPARTMENT OF REVENUE
_____
                    (Name of Financial Institution)


located at 550 WEST TENNESSEE STREET TALLAHASSEE, FLORIDA 32399                    , and
_____
                    (Address of Financial Institution)

Whereas I, _____ _Bruce Bertrand_ _____ , being a duly authorized

representative of the United States government as a warranted contracting officer, havedetermined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims  arising therefrom:
_SEE_ **Bond Number: 2024DR006539WS**

_SEE OPTIONAL FORM 90 RELEASE OF LIEN (ATTACHED)_
_SEE OPTIONAL FORM 91 RELEASE OF PERSONAL PROPERTY FROM ESCROW (ATTACHED)_
_SEE STANDARD FORM 24 BID BOND (ATTACHED)_
_SEE STANDARD FORM 25 PERFORMANCE BOND (ATTACHED)_
_SEE STANDARD FORM 25A PAYMENT BOND (ATTACHED)_

and

Whereas the surety remains liable to the United States Government for the continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to
close the account and to return all property therein to the surety, alongwith any interest accruing
which remains after the deduction of any fees lawfully owed to

FLORIDA DEPARTMENT OF REVENUE
_____
          (Name of Financial Institution)




[Date]                                    [Signature]


                                            Seal


                                            OPTIONAL FORM 91 (1-90) Prescribed by
AUTHORIZED FOR LOCAL REPRODUCTION           GSA-FAR (48 CFR) 53.228(o)

**Document Name:** Release of Personal Property From Escrow

## State of Florida Jurat Notary Certificate

**STATE OF FLORIDA**
**COUNTY OF Pasco**

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 06 day of 17, 2026, by, Bruce Bertrand (name of person making statement).

_____
*(Signature of notary public)*

AHMED ABU NASSER
Notary Public · State of Florida
Commission # HH 494400
My Comm. Expires Feb 19, 2028

*Ahmed Abu Nasser*
_____
*(Name of notary public)*

My commission expires: <u>Feb 19, 2028</u>

**Official Seal**

Personally known          OR
Produced identification X Type of identification produced: FL DL

05-74-0432NSB 03-2020

| **Bid Bond** (See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal Name And Business Address) | Type Of Organization ("X" One) |
|---|---|
| | ☐ Individual  ☐ Partnership  ☐ Joint Venture |
| | ☐ Corporation  ☐ Other (Specify) |
| | State Of Incorporation |

Surety(ies) (Name And Business Address)

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | For (Construction, Supplies Or Services) | |
| | | | | | | |

**Obligation:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has submitted the bid identified above.

**Therefore:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

| Authorized For Local Reproduction Previous Edition Is Not Usable | **STANDARD FORM 24 (REV. 10/2023)** Prescribed by GSA - FAR (48 CFR) 53.228(a) |
|---|---|

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) And Title(s) (Typed) | 1. | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. | 2. |

**Corporate Surety(ies)**

**Surety A**

| Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Surety B**

| Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Surety C**

| Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Surety D**

| Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. | 2. | | |

**STANDARD FORM 24** (REV. 10/2023) **PAGE 2**

| Surety E | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety F | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety G | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

**STANDARD FORM 24 (REV. 10/2023) PAGE 3**

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| | ☐Individual  ☐Partnership ☐Joint Venture ☐Corporation ☐Other (Specify) |
| | State Of Incorporation |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | Contract Date | | Contract Number | |

Obligation:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

Conditions:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

Witness:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. | 2. |

**Corporate Surety(ies)**

| Surety A | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

## Corporate Surety(ies) (Continued)

| | | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety B** | Name & Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety C** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety D** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety E** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 25A** (REV. 10/2023) **PAGE 3**

| **Performance Bond** | Date Bond Executed (Must be same or later than date of contract) | **OMB Control Number: 9000-0001**<br>**Expiration Date: 1/31/2027** |
|---|---|---|

See Instructions on page 3

| Principal (Legal name and business address) | Type of Organization ("X" one) |
|---|---|
| | ☐ Individual    ☐ Partnership<br>☐ Joint Venture ☐ Corporation<br>☐ Other (Specify) |
| | State of Incorporation |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum of Bond | | | |
|---|---|---|---|---|
| | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | Contract Date | Contract Number | | |

Obligation:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

Conditions:

The Principal has entered into the contract identified above.

Therefore:

The above obligation is void if the Principal-

    (a) (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

       (2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

    (b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

| Authorized For Local Reproduction<br>Previous Edition Is Not Usable | **STANDARD FORM 25 (REV. 10/2023)**<br>Prescribed by GSA-FAR (48 CFR) 53.228(b) |
|---|---|

Witness:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. | 2. | 3. | |
|---|---|---|---|---|
| | (Seal) | (Seal) | (Seal) | |
| Name(s) & Title(s) (Typed) | 1. | 2. | 3. | Corporate Seal |

**Individual Surety(ies)**

| Signature(s) | 1. | | 2. | (Seal) |
|---|---|---|---|---|
| | (Seal) | | | |
| Name(s) (Typed) | 1. | | 2. | |

**Corporate Surety(ies)**

**Surety A**

| Name & Address | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Surety B**

| Name & Address | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Surety C**

| Name & Address | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Surety D**

| Name & Address | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Surety E**

| Name & Address | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. | 2. | | |

**STANDARD FORM 25** (REV. 10/2023) **PAGE 2**

**Corporate Surety(ies) (continued)**

| Surety F | | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Name & Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety G | | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Name & Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 10/2023) **PAGE 3**

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

**Paperwork Reduction Act Statement**

**STANDARD FORM 25** (REV. 10/2023) **PAGE 4**

# State of Florida
## Department of State

I certify from the records of this office that BRUCE BERTRAND LLC is a limited liability company organized under the laws of the State of Florida, filed on April 21, 2026.

The document number of this limited liability company is L26000225335.

I further certify that said limited liability company has paid all fees due this office through December 31, 2026 and that its status is active.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Eleventh day of May, 2026*



*Secretary of State*

Tracking Number: 0391090977CU

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G26000070315

**Fictitious Name to be Registered:** BRAELYN L. BERTRAND

**Mailing Address of Business:**     PO BOX 2233
MANGO, FL  33550

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

BRUCE BERTRAND  LLC
8152 BRENT ST
PORT RICHEY, FL  34668
Florida Document Number: L26000225335
FEI Number: Applied for

**FILED**
**May 13, 2026**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

BRUCE BERTRAND LLC                                           05/13/2026
_____                    _____
     Electronic Signature(s)                                          Date

**Certificate of Status Requested ( )         Certified Copy Requested ( )**



PROM NOTE.pdf

# PROMISSORY NOTE

$34,745.71

$34,745.71

I promise to pay the bearer the sum of

$34,745.71 In Silver and Gold Payment

By : ©BRUCE BERTRAND

Authorised Representative for BRUCE BERTRAND

**TRUST NUMBER: 2024DR006539WS**

ALL RIGHTS RESERVED † WITHOUT PREJUDICE † WITHOUT RECOURSE † NON ASSUMPSIT

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

# AFFIDAVIT OF FACTS

A LIVING MAN : **Bruce OF THE FAMILY: Bertrand** ,

PURSUANT **FLORIDA STATE** STATUTES AND UNITED STATES CONSTITUTIONS AS WELL AS 45 C.F.R. § 303.101(c)(4) REQUIRES THIS COURT *OBSTA PRINCIPIIS* AND JUDICIAL REVIEW OF FACTS AND EVIDENCE OR LACK OF EVIDENCE DE:BRUCE OF THE FAMILY: BERTRAND, DEMANDING IMMEDIATE DISMISSAL AND DISCHARGE OF ALL SUPPORT ORDERS CREATED BY EXPEDITED PROCESSES IN THIS COURT. THE SUPPORT ORDERS WERE CREATED WITHOUT DUE PROCESS OF LAW, A FUNDAMENTAL REQUIREMENT BEFORE LIFE, LIBERTY, AND PROPERTY CAN BE DEPRIVED. SUPPORT ORDERS USED TO DEPRIVE

**:Bruce of The Family: Bertrand** , *PROPERTY IS A CLEAR VIOLATION OF DUE PROCESS OF LAW UNDER 5TH AND 14TH AMENDMENTS AND EXPEDITED PROCESSES UNDER 45 CFR § 303.101(c)(4).*

THIS DEMANDS FOR :**BRUCE OF THE FAMILY: BERTRAND** , FOR DISMISSAL AND DISCHARGE IS WITHOUT TIME RESTRAINTS FOR THE SUPPORT ORDERS BEING USED TO DEPRIVE THE PROPERTY OF :**Bruce of The Family: Bertrand** , WERE CREATED IN VIOLATION OF DUE PROCESS OF LAW,

AND ANY JUDGMENT MADE IN VIOLATION OF DUE PROCESS OF LAW IS A VOID JUDGMENT. VOID JUDGMENTS, PURSUANT

THE SUPREME COURT OF THE UNITED STATES ARE NULLITIES WHICH CAN BE ATTACKED DIRECTLY OR COLLATERALLY AT ANY TIME IN ANY COURT. THIS DEMANDS FOR :BRUCE OF THE FAMILY: BERTRAND , IMMEDIATE DISMISSAL AND DISCHARGE IS REQUIRING THIS COURT TO REMEDY BY IMMEDIATELY DISMISSING AND DISCHARGING SUPPORT ORDERS WITH PREJUDICE.

PURSUANT 45 CFR § 303.101(c)(4) THE SUPPORT HEARINGS ARE EXPEDITED PROCESSES REQUIRING DUE PROCESS AND EQUAL PROTECTION OF LAW FOLLOWED BY JUDICIAL

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

REVIEW AND CONFIRMATION BEFORE ANY SUPPORT ORDERS MAY BE RENDERED TO START THE PROCESS OF DEPRIVING PROPERTY FOR CHILD SUPPORT. THE JUDICIAL CONFIRMATION OF SUPPORT ORDERS WERE NOT FOLLOWED RENDERING ALL SUPPORT ORDERS VOID WITHOUT LEGAL FORCE.

CHILD SUPPORT MUST BE PROVEN BY PATERNITY TESTING OR PATERNITY ACKNOWLEDGEMENT. WITHOUT CONFIRMED PATERNITY ANY SUPPORT ORDER IS VOID WITHOUT LEGAL FORCE.

THE SUPPORT ORDERS USED TO DEPRIVE PROPERTY OF :**BRUCE OF THE FAMILY: BERTRAND** , WERE IN VIOLATION OF DUE PROCESS AND EQUAL PROTECTION OF LAW BY PRESUMPTIONS. PRESUMPTIONS ARE A VIOLATION OF THE DUE PROCESS CLAUSE IN THE 14TH AMENDMENT BY USING STATE LAWS WHICH VIOLATE THE UNITED STATES CONSTITUTION, THE LAW OF THE LAND. THIS COURT'S RELIANCE UPON ANY AND ALL PRESUMPTIONS IS A VIOLATION OF :**BRUCE OF THE FAMILY: BERTRAND** ,RIGHT TO DUE PROCESS OF LAW.

DUE PROCESS OF LAW IS REQUIRED BEFORE THE DEPRIVATION OF LIFE, LIBERTY AND PROPERTY. IT IS VERY IMPORTANT THAT DUE PROCESS OF LAW AND EQUAL PROTECTION OF LAW IS FOLLOWED TO ENSURE THERE ARE NO CONCLUSIVE PRESUMPTIONS BEING USED IN THE DEPRIVATION OF :**BRUCE OF THE FAMILY: BERTRAND** ,LIFE, LIBERTY AND PROPERTY.

THE UNITED STATES SUPREME COURT HAS HELD THAT MANY TIMES THAT PRESUMPTIONS CANNOT BE USED TO BYPASS CONSTITUTIONAL GUARANTEES AS WELL AS PRESUMPTIONS BEING USED AS STEALTHY ENCROACHMENTS UPON CONSTITUTIONAL RIGHTS OF :**BRUCE OF THE FAMILY: BERTRAND** REQUIRING THIS COURT TO MAINTAIN ITS , DATE *OBSTA PRINICPIIS*

. [ *"It may be that it...is the obnoxious thing in its mildest and least repulsive form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight*

*deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the courts to be watchful for the constitutional rights of the citizens, and against any stealthy encroachments thereon. Their motto should be obsta prinicipiis,"* [**Mr. Justice Brewer, dissenting, quoting Mr. Justice Bradley in Boyd v. United States, 116 U.S. 616, 29 L.Ed. 746, 6 Sup.Ct.Rep. 524] [Hale v. Henkel, 201 U.S. 43 (1906)]**]

I, **:Bruce of The Family: Bertrand,** residing In Florida Republic is not a "sovereign citizen" nor a "constitutionalist" nor part of any cult or internet movement alleging laws do not apply, for he is of sound mind and body and recognizes laws consistent with the State of Florida and United States Constitutions. I, **:Bruce of The Family: Bertrand,** hereby declares he has not waived his rights and he continues to stand upon these guaranteed inalienable rights protected by guaranteed due process of law and equal protection of laws under Illinois and United States Constitutions, which all judicial actors must act and stand under, therefore this court and judicial actor is tasked with *obsta principiis* or he/she risks good behavior and shall be personally held for damages for trespass upon rights *cf. 42 USC sec 1983* and failure to cease and prevent further harm *cf. 42 USC Sec 1986* when a judge having the power and duty to do so, as the oath of office of a judicial actor is sworn to support and defend the United States Constitution or he/she forfeits judicial and qualified immunity under 11th amendment.

The Supreme Court of the United States has held that judicial immunity is not presumed when a judicial actor comes into conflict with the superior power of the United States Constitution, the law of the land, whereby judicial immunity is not absolute in every matter before the court, it is presumed and presumptions must be proven by evidence introduced into the court.

This affidavit by **:Bruce of The Family: Bertrand,** ding to view the evidence introduced into court during evidentiary hearing resulting in granting this judicial or administrative entity the jurisdiction to create support orders ordering a third party Child Support Enforcement Agency to seize property, to suspend driving privileges, to suspend travel by freezing passport and to freeze bank accounts. Without evidence, all acting taken upon a **:Bruce of The Family: Bertrand ;**

are and were unlawful requiring the immediate discharge and dismissal of support orders and requiring this judicial actor and court to issue court orders ordering child support enforcement to cease and desist

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

and order the immediate restoration of rights and property. **Definition of inalienable (adj.) Look up inalienable at Dictionary.com** *"that cannot be given up,"*

**I, :Bruce of The Family: Bertrand** , hereby informs this court  that he rebuts all conclusive presumptions therefore this court must not  support use of presumptions without the clarification of evidence to support conclusive presumptions, such as obligor. An obligor is obligated to a  contract, and proof of consent is required before calling a :Bruce of The Family: Bertrand , obligor by providing proof he entered  into a contract to pay child support through child support collection services.  ***obligor (n.) Look up obligor at Dictionary.com "person who binds himself to another by contract,"***

The following child support terms are conclusive presumptions encroaching  upon my rights to due process and equal protection of law.

 **I :Bruce of The Family: Bertrand** , demand these terms removed from any records unless this Title IV-D court  can provide evidence it was authorized to use conclusive presumptions to  assert guilt. *"The power to create presumptions is not a means of escape  from constitutional restrictions."* [***Bailey v. Alabama, 219 U.S. 219 , 238, et seq., 31 S.Ct. 145; : , ley v. Georgia, 279 U.S. 1 , 5-6, 49 S.Ct. 215***] 1. **Obligor;** The person obligated to pay child support (also referred to

as a noncustodial parent or NCP)

2. **Non-custodial parent**; the parent who does not have primary care,  custody, or control of the child, and who may have an obligation to  pay child support. Also referred to as the obligor.

3. **Biological Father;** The :Bruce of The Family: Bertrand ,  who provided the paternal genes of a child. The biological father is sometimes referred to as the natural  father.

4. **Payor**; Person who makes a payment, usually a noncustodial parent or  someone acting on their behalf.

All Conclusive Presumptions by this Entity or Agent addressing this Judicial  Review and De:Bruce of The

FT-260601-101-00000145

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

Family: Bertrand , demand for Dismissal and Discharge must be supported by Clarification of Evidence to Support Presumptions or the Presumptions will Prejudice or Injure the Protected Rights of the undersigned, a Violation of Due Process of Law that Results in a Void Judgment for failure to follow due process guaranteed by 5th and 14th amendments.

The presumptions in this matter requiring evidence that due process of law and equal of protection of law were provided and presumption the undersigned is obligated by contract under Title IV-A to pay child support to Title IV-D Child Support Collection contractor.

These presumptions must be proven by facts and evidence or this :**Bruce of The Family: Bertrand** , demand for dismissal and discharge must be granted immediately without terms. **<u>Black's Law Dictionary, Sixth Edition, defines "presumption" as follows:</u>**

<u>presumption.</u> *An inference in favor of a particular fact. A presumption is a rule of law, statutory or judicial, by which finding of a basic fact gives rise to existence of presumed fact, until presumption is rebutted. Van Wart v. Cook, Okl.App., 557 P.2d. 1161, 1163. A legal device which operates in the absence of other proof to require that certain inferences be drawn from the available evidence. Port Terminal & Warehousing Co. v. John S. James 40 Co., D.C.Ga., 92 F.R.D. 100, 106.*

A **"presumption" is not evidence, but simply a belief akin to a religion.** *A presumption is an assumption of fact that the law requires to be made from another fact or group of facts found or otherwise established in the action. A presumption is not evidence. A presumption is either conclusive or rebuttable. Every rebuttable presumption is either (a) a presumption affecting the burden of producing evidence or (b) a presumption affecting the burden of proof. Calif.Evid.Code, §600.*

**In all civil actions and proceedings not otherwise provided for by Act of Congress or by the Federal Rules of Evidence, a presumption imposes on the party against whom it is directed the burden of going forward with evidence to rebut or meet the presumption, but does not shift to such party the burden of proof in the sense of the risk of non persuasion, which remains throughout the trial upon the party on whom it was originally cast. Federal Evidence Rule 301.**

*See also Disputable presumption; inference; Juris et de jure; Presumptive evidence; Prima facie; Raise a presumption.*

FI-260601-101-00000145

*[Black's Law Dictionary, Sixth Edition, p. 1185]*

**Presumptions may not be imposed if they injure rights protected by the Constitution: *A conclusive presumption may be defeated where its application would impair a party's constitutionally-protected liberty or property interests. In such cases, conclusive presumptions have been held to violate a party's due process and equal protection rights. [Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct. 2230, 2235; Cleveland Bed. of Ed. v.*
LaFleur (1974) 414 U.S. 632, 639-640, 94 S.Ct. 1208, 1215-presumption under Illinois law that**

**unmarried fathers are unfit violates process]**

*To implement the presumption, courts must be alert to factors that may undermine the fairness of the fact-finding process. In the administration of criminal justice, courts must carefully guard against dilution of the principle that guilt is to be established by probative evidence and beyond a reasonable doubt. **In re Winship, 397 U.S. 358, 364 (1970). [425 U.S. 501, 504][Delo v. Lashely, 507 U.S. 272 (1993)]***

1. **45 C.F.R. § 303.101(d)(2)** Evaluate evidence and make recommendations or decisions to establish paternity and to establish and enforce support orders. Whereas I understand it, there is no proof of paternity to establish support order.

2. **45 C.F.R. § 303.101(d)(1)** Take testimony and establish a record. Whereas A :Bruce of The Family: Bertrand , denies being afforded due process and equal protection of laws as required by 14th amendment, therefore these child support terms are

presumptions insinuating guilt, which the facts and lack of physical evidence proves these presumptive terms are false therefore must be removed from all records claiming a Title IV-A child support loan was made to a :Bruce of The Family: Bertrand , and this debt must be repaid to a IV-D State Collection Agency by income deduction or possible license suspension or incarceration may occur:

I, :Bruce of The Family: Bertrand , is fully confident this court will protect against any stealthy encroachments upon these inalienable rights and will immediately dismiss and discharge this matter and will aid in the full restoration of property and vindication of rights deprived. I declare that a full discharge and dismissal for the unconstitutional procedures violating due process used in the efforts to collect an unsubstantiated debt for an unsubstantiated loan for public assistance under Title IV-A of the Social Security Act.

FI-260601-101-00000145

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

All state child support enforcement must be in accordance with federal child support enforcement under 45 CFR 303.101, therefore, I declare that a full discharge and dismissal for violation of the following 45 CFR 303.101 Expedited Processes requirements for which the presiding officer must:

1. 45 C.F.R. § 303.101(d)(2) Evaluate evidence and make recommendations or decisions to establish paternity and to establish and enforce support orders. Whereas I understand it, there is no proof of paternity to establish support order.

2. 45 C.F.R. § 303.101(d)(1) Take testimony and establish a record. Whereas a :**Bruce of The Family: Bertrand** ,denies being afforded due process and equal protection of laws as required by 14th amendment, therefore these child support terms are presumptions insinuating guilt, which the facts and lack of physical evidence proves these presumptive terms are false therefore must be removed from all records claiming a Title IV-A child support loan was made to a :**Bruce of The Family: Bertrand** , and this debt must be repaid to a IV-D State Collection Agency by income deduction or possible license suspension or incarceration may occur: Whereas I understand it, there is no competent or expert witness testimony proving

**Bruce Bertrand** sired any offspring. 3. **45 C.F.R. § 303.101(d)(3)** Accept voluntary acknowledgments of paternity or support liability and agreements regarding the amount of support to be paid. Whereas I understand it, there is no evidence of agreement for voluntary acknowledgement of paternity.

**Bruce Bertrand** denies any acknowledgement of paternity.

4. **Under 45 C.F.R. § 303.101(d)(3)** requires voluntary paternity testing to prove parentage, there is no record of paternity testing proving a :Bruce of The Family: Bertrand , has sired any offspring. 5. **45 C.F.R. § 303.101(c)(2)** Parties must be afforded due process; Whereas I understand it, the State of Florida has seized property by denying my 14th amendment right to due process and equal protection of law and my property has been seized without a warrant in violation of the 4th amendment.

6. **45 C.F.R. § 303.101(c)(3)** Parties must receive copies of the order or paternity acknowledgment. Whereas I understand it, I have not received any paternity acknowledgement documents, and by

this declaration refuses acknowledgement of paternity and refuses order for genetic testing.

**The United States Department of Justice Civil Rights Division Memo dated March 16, 2016, stated the following:**

1. *"Courts must safeguard against unconstitutional practices by court staff and private contractors."*

2. *"Courts must not use arrest warrants or license suspensions as a means of coercing the payment of court debt when individuals have not been afforded constitutionally adequate procedural protections."* Family Court and Child support enforcement contractors receives federal funds under Title IV-D 42 USC sec 658a for child support enforcement incentives, therefore has a pecuniary interest in the outcome of support proceedings, and this is a violation of the due process clause of the 14th amendment under Ward v Monroeville. *Ward v. Village of Monroeville, Ohio, 409 U.S. 57, 61-62 (1972).*

*"In court systems receiving federal funds, these practices may also violate **Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d**, when they unnecessarily impose disparate harm on the basis of race or national origin". [DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION MEMO DATED MARCH 16, 2016]*

Can this court support the practices by child support enforcement as constitutional? If it cannot, it must immediately dismiss and discharge with prejudice.

1. The due process and equal protection principles of the Fourteenth Amendment prohibit "punishing a person for his poverty." *Bearden v. Georgia, 461 U.S. 660, 671 (1983).*

2. The Supreme Court recently reaffirmed this principle in *Turner v. Rogers, 131 S. Ct. 2507 (2011).* holding that a court violates due process when it finds a parent in civil contempt and jails the parent for failure to pay child support, without first inquiring into the parent's ability to pay. Id. at 2518-19.

3. To comply with this constitutional guarantee, state and local courts must inquire as to a person's ability to pay prior to imposing incarceration for nonpayment.

**Courts must not condition access to a judicial hearing on prepayment of fines or fees.**

*"State and local courts deprive indigent defendants of due process and equal protection if they condition access to the courts on payment of fines or fees. **See Boddie v. Connecticut, 401 U.S. 371, 374 (1971)** (holding that due process bars states from conditioning access to compulsory judicial process on the payment of court fees by those unable to pay); see also*

***Tucker v. City of Montgomery Bd. of Comm'rs, 410 F. Supp. 494, 502  (M.D. Ala. 1976)** (holding that the conditioning of an appeal on payment of a bond violates indigent prisoners' equal protection rights and "'has no place in our heritage of Equal Justice Under Law'" (citing **Burns v. Ohio, 360 U.S. 252, 258 (1959))."***

Suspending of drivers license is an unconstitutional administrative procedure by depriving a :Bruce of The Family: Bertrand , of his right to travel and hindering his livelihood and forcing further into poverty. **Courts must not use arrest warrants or license suspensions as a means of coercing the payment of court debt when individuals have not been afforded constitutionally adequate procedural protections.** *"subject matter jurisdictions, courts are also authorized—and in some cases required—to initiate the suspension of a defendant's driver's license to compel the payment of outstanding court debts. If a defendant's driver's license is suspended because of failure to pay a fine, such a suspension may be unlawful if the defendant was deprived of his due process right to establish inability to pay. **See Bell v. Burson, 402 U.S. 535, 539 (1971)** (holding that driver's licenses "may become essential in the pursuit of a livelihood" and thus "are not to be taken away without that procedural due process required by the Fourteenth Amendment"); cf. **Dixon v. Love, 431  U.S. 105, 113-14 (1977)** (upholding revocation of driver's license after conviction based in part on the due process provided in the underlying criminal proceedings); **Mackey v. Montrym, 443 U.S. 1, 13-17 (1979)** (upholding suspension of driver's license after arrest for driving under the influence and refusal to take a breath-analysis test, because suspension "substantially served" the government's interest in public safety and was based on "objective facts either within the personal knowledge of an impartial government official or readily ascertainable by him," making the risk of erroneous deprivation low). Accordingly, automatic license suspensions premised on determinations that fail to comport with Bearden and its progeny may violate due process."*

*[DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION MEMO DATED MARCH 16, 2016]* **Courts**

**must safeguard against unconstitutional practices by court staff and private contractors.**

**Under 42 USC section 658a Title IV-d Child Support Enforcement incentive payments results in the child support enforcement contractor** having a significant pecuniary interest in the outcome, and as in this matter, will use expedited processes to speed up the process so the state of Florida can receive these federal funds at the cost of a :Bruce of The Family: Bertrand , rights to due process and equal protection of laws guaranteed under the 14th amendment. This court was created to provide remedy and equal protection of laws pursuant the symbol of a blindfolded woman, holding a scale, therefore it is required that this court must guard against these encroachments.

*"Additional due process concerns arise when these designees have a direct pecuniary interest in the* **:Bruce of The Family: Bertrand** *, agreement or outcome of a case—for example, when a jurisdiction employs private, for-profit companies to supervise probationers. In a past case such jurisdictions, probation companies are authorized not only to collect court fines, but also to impose an array of discretionary surcharges (such as supervision fees, late fees, drug testing fees, etc.) to be paid to the company itself rather than to the court. Thus, the probation company that decides what services or sanctions to impose stands to profit from those very decisions. The Supreme Court has "always been sensitive to the possibility that important actors in the criminal justice system may be influenced by factors that threaten to compromise the performance of their duty."* **Young v. U.S. ex rel. Vuitton et Fils S.A., 481 U.S. 787, 810 (1987)**. *It has expressly prohibited arrangements in which the judge might have a pecuniary interest, direct or indirect, in the outcome of a case. See* **Tumey v. Ohio, 273 U.S. 510, 523 (1927)** *(invalidating conviction on the basis of $12 fee paid to the mayor only upon conviction in mayor's court);* **Ward v. Village of Monroeville, Ohio, 409 U.S. 57, 61-62 (1972)** *(extending reasoning of Tumey to cases in which the judge has a clear but not direct interest). It has applied the same reasoning to prosecutors, holding that the appointment of a private prosecutor with a pecuniary interest in the outcome of a case constitutes fundamental error because it "undermines confidence in the integrity of the criminal proceeding." Young, 481 U.S. at 811-14. The appointment of a private probation company with a*

FI-260601-101-00000145

*pecuniary interest in the outcome of its cases raises similarly fundamental concerns about fairness and due*

*process"* [DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION MEMO DATED MARCH 16, 2016]

**THE FOLLOWING CAN BE FOUND IN CHAPTER 6 Essentials for Attorneys in Child**

**Enforcement EXPEDITED JUDICIAL AND ADMINISTRATIVE PROCESSES**

**Constitutionality**

*The movement from judicial processes for CSE to administrative processes has raised issues of*

*constitutionality. These are generally issues of separation of powers and due process.*

**Separation of Powers** *The separation of powers issue raised by the advent of administrative processes is*

*whether the legislature can delegate a traditionally judicial area to the Executive branch of Government.*

*The answer depends, in large part, on State constitutional law. Generally, State legislatures have broad*

*authority to determine the right and responsibilities of citizens and to establish processes for enforcing*

*those responsibilities. are the administrative establishment of child support orders, leaving the decision as*

*to whether to remove this function from the Judicial branch and place it with the Executive branch up to*

*the States. The Supreme Court of Minnesota recently held the administrative child support process created*

*by its legislature to be a violation of the separation of powers doctrine.*

*Minnesota's administrative process included procedures for uncontested and contested cases. In*

*uncontested cases, the agency prepared a proposed support order for the parties' signature and the*

*administrative law judge's ratification. If either party contested the proposed order, the case moved into*

*the contested process. In the contested process, the case was presented*

*by a child support officer (CSO) who was not an attorney. The administrative law judge (ALJ) had judicial*

*powers, including the ability to modify judicial child support orders. While the ALJ could not preside over*

*contested paternity and contempt proceedings, he or she could grant stipulated contempt orders and*

*uncontested paternity orders. While recognizing the importance of streamlining child support mechanisms,*

*the Minnesota Supreme Court stated it could not ignore separation of powers constraints. It concluded*

*that the administrative structure violated separation of powers for three reasons. First, the administrative*

*process infringed on the district court's jurisdiction in contravention to the Minnesota Constitution.*

*Second, ALJ jurisdiction was not inferior to the district court's jurisdiction, as : , dated by the Minnesota Constitution. Third, the administrative process empowered non-attorneys to engage in the practice of law, infringing on the court's exclusive power to supervise the practice of law. The decision was stayed for several months to give the legislature time to amend Minnesota laws in accord with the decision.* **Due Process**

*The question of due process raises a fundamental Federal constitutional protection. The 14th Amendment to the United States Constitution provides that a person "shall not be deprived of life, liberty, or property without due process of law." The U.S. Supreme Court has established some very important criteria for due process, falling into three general areas: Challenges have arisen to the :Bruce of The Family: Bertrand , in which administrative process is invoked. An illustrative case is Holmberg v. Holmberg, in which the Minnesota Supreme Court held that the State's administrative process for child support orders was unconstitutional. The legislature had put into place a system under which uncontested child support cases could be heard by administrative law judges, who had the power to set child support awards, and to modify awards previously set by circuit courts. The orders were directly appealable to the appellate court, without review by the district court. The Minnesota Supreme Court held that such a system is unconstitutional because it violates the separation of powers doctrine and usurps the original jurisdiction of the district court.*

[http://www.acf.hhs.gov/sites/default/files/programs/css/essentials_for_attor neys_ch06.pdf]

One or more of the constitutional safeguards has been violated in the expedited processes for assessment of support and issuance of an alleged support order alleging a debt exists for a loan under Title IV-A of Social Security Act. The court must provide proof of a money judgment entered with county clerk pursuant All Writs Section proving that all writs coming from a court within the US must have a clerk's signature pursuant 28 USC section 1691 or it is void .

The Court hearing this case **Bruce of The Family: Bertrand** , demand for dismissal and discharge has the judicial responsibility to ensure the equal protection clause provided the 14th amendment protecting against any state child support laws and administrative procedures which shall violate the following:

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

1. The 14th amendment protection from State Laws and administrative procedures which shall violate inalienable rights guaranteed in the state and US Bill of Rights. *A fundamental, constitutional guarantee that all legal proceedings will be fair and that one will be given notice of the proceedings and an opportunity to be heard before the government acts to take away one's life, liberty, or property. Also, a constitutional guarantee that a law shall not be unreasonable, Arbitrary, or capricious*

   *http://legal-dictionary.thefreedictionary.com/due+process+of+law*

2. 7th Amendment Right to a trial by jury in controversies of $20 or more.

3. The threat of incarceration must allow for right to counsel in accordance with 6th amendment.

4. The 4th amendment guarantee of freedom from seizure of property unless by due process of law by a warrant with oath or affirmation. The seizure of property were violated and this court must guard against violation . All courts are created for remedy and this declaration and :Bruce of The Family: Bertrand , demand for remedy by issuance of dismissal and discharge with prejudice.

I, :**Bruce of The Family: Bertrand** , is confident this Court will  immediately dismiss and discharge this matter with prejudice. Thank you.  **CERTIFICATION**

The undersigned hereby affirms under threat of perjury that the  aforementioned affidavit is true and the information in italics were  accumulated from *45 CFR 303.101, Chapter 6 Essentials for Attorneys Health and Human  Services* and *United States Department of Justice Civil Rights Division dated March 16, 2016.*

**FURTHER AFFIANT SAITH NOT.**
Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name:) :**Bruce of The Family: Bertrand** ,
Principal, by Special Appearance, proceeding Sui Juris.

CASE NUMBER: 2024DR006539WS
EXHIBIT 002

Signed: _Bruce Bertrand_

Date: _6/8/2026_

On this _8th_ day of _June_ , _2026_ , before me, the undersigned, a Recording Secretary in and for _the Florida Assembly_ , personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _by: Isa Barbara Sablono_

Printed Name: _Isa Barbara Sablono_

Date: _June 8, 2026_

Address: _____

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life

TRUST NUMBER: 2024DR006539WS
EXHIBIT 003

## AFFIDAVIT OF FACTS
## BRUCE BERTRAND'S SPECIAL DEMURRER

:**Bruce of The Family: Bertrand NUNC PRO TUNC** asserts all her unalienable rights, privileges and immunities at Natural Law, Common Law and Maritime Law, and all her commercial rights relevant to this state.

### Special Appearance

:**Bruce of The Family: Bertrand** asserts his special appearance, objecting to the court's subject matter jurisdiction, personal jurisdiction, and venue.

### Objection to Non-Judicial Decision-makers

:**Bruce of The Family: Bertrand** objects to, does not consent to, and affirmatively withholds all consent regarding, the assignment of this case, in any part, to any decision-maker who is not a "judge" (1) who has been properly elected or appointed and (2) who has an active oath of office. *Cf. Gonzalez v. United States*, U.S. (**12 May 2008**) ("If the parties consent").

### Special Demurrer

:**Bruce of The Family: Bertrand** *moves and demands for dismissal of each and every "charge and cause."*

### Discussion

General Demurrer is incorporated by reference.
:**Bruce of The Family: Bertrand** continues her objections to this court's exercise of subject matter jurisdiction, personal jurisdiction, and venue, as discussed in his General Demurrer.
Due Process Affidavit and Brief is incorporated by reference.
:**Bruce of The Family: Bertrand** continues her objections to the horrific Due Process problems inherent in this case, as discussed in her Due Process Affidavit and Brief.
Non-waiver of Arraignment document is incorporated by reference.
:**Bruce of The Family: Bertrand** recognizes the court's good faith effort into getting newly discovered evidence on and for the Record, and for reasons beyond the court's control, :**Bruce of The Family: Bertrand** still objects to Notice in this case, these cases. Moreover, should STATE opt against dismissal and in favor of amendment, the Arraignment sequence will start all over, again.

### What is STATE OF FLORIDA?

Since **STATE OF FLORIDA** has an **EIN No.**, it follows that **STATE OF FLORIDA** is a commercial entity.
If **STATE OF FLORIDA** were independently "sovereign," it would be beholden to nothing, and its "citizens" would not be paying "taxes" to anything except the state "sovereign" system acting as agent for those people. Where **STATE OF FLORIDA** does not "defend" its "citizens" from/against "tax" claims of another commercial entity/system, it follows that **STATE OF FLORIDA** is a commercial subsidiary of that other commercial system. Moreover, it's impossible to have a legitimate governmental system where there is no legitimate Money in general circulation. Thus, where there is no gold or silver Coin in general circulation, and where what passes as "legal tender" does so solely because it is so labeled, it follows that the system that tolerates that "funny money" scam, evidenced by the prosecution

TRUST NUMBER: **2024DR006539WS**
EXHIBIT 003

of no one who runs that "funny money" scam, is a commercial system. Still further, that "funny money"-based system operates not per the Law of the Land, but rather per the Law of the Sea. Only in this legal environment may the "funny money" scam remain unprosecuted. That legal environment is that of a "Constitution-free, maritime, commercial zone."
What is **STATE OF FLORIDA** ? It's a commercial entity operating commercially, via a tax exemption certificate, in a Constitution-free, maritime, commercial zone called "this state."

### Notice of Special Appearance by Affidavit

Challenge of jurisdiction under **Title 5 USC 556(d)**-[burden of proof is on the government.]
*Quaelibet Jurisdictio Cancellos Suos Habet*
*'Every jurisdiction has its own limits.'* **Jenk. Cent. Cas. 139.**

"A special appearance is an appearance solely for the purpose of testing the jurisdiction."
**Bailey v. Schrada, 34 Ind. 261; Huff v. Shepard, 58 Mo. 246**

A special appearance is for the purpose of testing the sufficiency of service or the jurisdiction of the court; **State v. Huller, 23 N.M. 306, 168 P. 528, 534, 1 A.L.R. 170.**

*COMES NOW RESPONDENT/AFFIANT,* :**Bruce of The Family: Bertrand,** herein after called "Respondent", in pro per, sui juris, NOT a pro se party with this Affidavit of Special Appearance. Respondent is appearing before this court Specially, and not Generally, in Pro Per ("in one's own proper person"), Sui Juris, regarding above trust number,

This Special Appearance by Affidavit is for the purposes of challenging the courts presumption and assumption of jurisdiction

I hereby declare, reserve, claim and retain ALL rights and defects in process. I claim and reserve all of my rights under **UCC 1-308.** I further declare that I am a Man and living soul and NOT a 'legal fiction' I am not a member of the political or legal society over which the court has jurisdiction, and I do not agree to be characterized as a legal fiction. I revoke all powers of attorney past and present *nunc pro tunc* as I am competent to handle my own affairs.

I, :**Bruce of The Family: Bertrand,** am a living Man and living soul. Is there a man or woman who has a claim against me?

### 1. *Challenge Negates Jurisdiction*
By this Affidavit, Affiant challenges the subject-matter and in personam jurisdiction of this court. Therefore, this court now is without jurisdiction.

"The presumption that officials have done their duty is limited by the rule that a presumption cannot be based upon a mere presumption, and will not supply proof of independent, substantive facts, such as that a deficiency judgment was entered and docketed by the clerk of the court. " **Mahoney v Boise Title & T. Co. (1926) 116 Okla 202, 244 P 170**

Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action. **Melo v. US, 505 F2d 1026.**

"Once jurisdiction is challenged it must be proven." **Hagans v. Levine 415 US 533 note 3**

TRUST NUMBER: 2024DR006539WS
EXHIBIT 003

The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." **Hagans v Lavine, 415 U. S. 533.**

"No sanction can be imposed absent proof of jurisdiction."**Stanard v. Olesen, 74 S.Ct. 768**

"The law provides that once State / Federal Jurisdiction has been challenged, it must be proven." **Maine v. Thiboutot, 100 S. Ct. 2502 (1980)**

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." **Stuck v. Medical Examiners, 94 CA2d 751.211 P2s 389**

"The burden shifts to the court to prove jurisdiction." **Rosemond v. Lambert, 469 F2d 416.**

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." **Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150**

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. **McNutt v. GMAC, 298 US 178. Origins found in Maxfield's Lessee v Levy, 4 US 308**

"It is impossible to prove jurisdiction exists absent a substantial nexus with the state such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court."**Pipe Line v. Marathon. 102 S. Ct. 3858 quoting Crowell v. Benson 883 US 22**

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal" **Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279**

**2.** *Jurisdiction Not Within Discretion of Court*
Affiant reminds this court that the matter of jurisdiction is not a matter within the discretion of this court. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." **Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.**

A court "generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in the suit (subject-matter jurisdiction) . . . ." **Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp., 549 U.S. 422, 430–31 (2007)**

"The burden shifts to the court to prove jurisdiction." **Rosemond v. Lambert, 469 F2d 416.**

"The proponent of the rule has the burden of proof.."**Title 5 U.S.C. §556(d)**

**3.** *Jurisdiction Cannot Be Waived*
The principles of waiver, consent, and estoppel do not apply to jurisdictional issues—the actions of the litigants cannot vest a district court with jurisdiction above the limitations provided by the Constitution and Congress. "If the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." **Norman v. Zieber, 3 Orat202-03**

TRUST NUMBER: **2024DR006539WS**
EXHIBIT 003

**4.** *Jurisdiction Can Be Raised At Any time*
Federal Rule 12(h)(3) states that, "f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." **Fed. R. Civ. P. 12(h)(3).**

"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." **Basso v. Utah Power & Light Co., 495 F2d 906, 910.**

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." **Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985)**

"The objection that a federal court lacks subject-matter jurisdiction may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment." **Arbaugh v. Y & H Corp., 546 U.S. 500, 506 (2006) (citations omitted) (jurisdiction upheld); see also Kontrick v. Ryan, 540 U.S. 443, 455 (2004)**

On appeal—even for the first time at the Supreme Court—a party may attack jurisdiction after the entry of judgment in the district court. **Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006).**

Even the party that had invoked the district court's jurisdiction can argue on appeal, to avoid an adverse judgment, that the district court lacked jurisdiction. **13 Wright & Miller § 3522, pp. 122–23**

"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent." **U.S. v. Rogers, District Court Ark.,23 Fed 658 1855**

**5.** *Acts by Court a Nullity*
Affiant notices this court that any action taken by the court absent proof of is a nullity.
"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." **Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.**

"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection, and afford no justification, and may be rejected upon direct collateral attack." **Thompson v. Tolmie, 2 Pet. 157, 7 L.Ed. 381; Griffith v. Frazier, 8 Cr. 9, 3L. Ed. 471.**

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." **In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.**

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." **Dillon v. Dillon, 187 P 27.**

**6:** *LACK OF JURISDICTION:* No witness, no facts, no jurisdiction.
"There is no discretion to ignore lack of jurisdiction." **Joyce v. U.S., 474 F2d 215.**

"No sanction can be imposed absent proof of jurisdiction." "Once challenged, jurisdiction cannot be 'assumed'; it must be proved to exist!" **Stanard v. Olesen, 74 S.Ct. 768**

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." **Dillon v. Dillon, 187 P 27.**

In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." **Norman v. Zieber, 3 Or at 202-03**

"Where a person is not at the time a licensee, neither the agency, nor any official has any jurisdiction of said person to consider or make any order. One ground as to want of jurisdiction was, accused was not a licensee and it was not claimed that he was."**O'Neil v. Dept Prof. & Vocations 7 CA 2d 398; Eiseman v. Daugherty 6 CA 783**

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court" **OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).**

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted. "**Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150**

"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent." **U.S. v. Rogers, District Court Ark.,23 Fed 658 1855**

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal" **Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279**

"It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." **Endicott v. Perkins, 317 US 501**

"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such preceding an inferior court, and not aided by presumption in favor of jurisdiction." **1 Smith's Leading Cases, 816**

"Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." **Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652**

## JURISDICTION

I am here by way of Special Appearance to challenge jurisdiction and to have this matter dismissed. I believe this court lacks jurisdiction.

1. I want to see the jurisdiction duly placed into evidence. In the copy of the file I have it is nonexistent.
2. I don't believe this court can produce a competent witness against me.
3. I don't believe this court can produce lawful oath of office for judge.
4. I don't believe this court has a valid cause of action against me nor was there proper due process.
5. I don't believe this court has any evidence against me

This court must prove jurisdiction.

WHEREAS, Affiant demands this court for dismissal of this action and release/removal and collapse the

above trust number(s) without prejudice along with just compensation for injuries caused and time invested for preparing lawful documents in this matter made payable immediately to Affiant in the amount of $5000.

### VERIFICATION

Under the penalty of perjury of the laws of the **State of FLORIDA** , I, **BRUCE BERTRAND**, depose, declare, certify, verify, and state, that I am at least 21 years of age, that I am competent to make this Verification, and that the statements of fact are within my personal knowledge, and that the statements of law are within my best efforts and to the best of my understanding and belief.

The statements in this document are true and correct. Key, for all times relevant to this matter, these matters, I have never acted or intended to act within any concept of "transportation." I am not in the "transportation" business, and I have had, and still have, no desire to be in the "transportation" business.

For all times relevant to this matter, I have never remotely had any intent to remove people and/or goods from here to there for profit or hire under any choice of law, much less the choice of law of the place called "this state."

For all times relevant to this matter, I was intentionally and knowingly "traveling," and that under a choice of law of the Law of the Land. Further, Declarant sayeth not.

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name:) :**Bruce of The Family: Bertrand**
**Principal, by Special Appearance, proceeding Sui Juris.**

Signed: _____
Date: ___6/8/2026___

On this __5th__ day of __June__ ___20___, before me, the undersigned, Recording Secretary in and for __The Florida Assembly__, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: by: _Isa Barbara Sablon_
Printed Name: _Isa Barbara Sablon_
Date: _June 8, 2026_
Address: _____

**Official Seal**
Isa Barbara Sablon
Fl43-2021-1HCA8-614PU
Commission expires at end of life

TRUST NUMBER: 2024DR006539WS

Exhibit: 004

## NOTICE OF MISTAKE

1. **TAKE NOTICE THAT:** In the matter of SURETY for the **BRUCE BERTRAND**, I believe that there has been a MISTAKE, as the SOLE BENEFICIARY OF A PUBLIC DOCUMENT has been INCORRECTLY IDENTIFIED as an "accused" and/or a "suspect".

2. **FORGIVE ME:** If I, AND/OR PERSONS AND/OR FRIENDS OF THE COURT AND/OR SUCH OTHER PARTIES ACTING IN MY INTERESTS, have led A COURT and/or STATUTORY BODY and/or A GOVERNMENT SERVICE and/or AGENTS and/or OFFICERS of such bodies, to believe, by responding to "You", and/or "**BRUCE BERTRAND**", and/or SUCH OTHER IDENTIFICATION, such bodies HAVE ADDRESSED ME AS, that I am the PARTY WITH SURETY in this matter, then that would be a MISTAKE, and please forgive me.

3. If I, AND/OR PERSONS AND/OR FRIENDS OF THE COURT AND/OR SUCH OTHER PARTIES ACTING IN MY INTERESTS, have led A COURT and/or STATUTORY BODY and/or A GOVERNMENT SERVICE and/or AGENTS and/or OFFICERS of such bodies, to believe, by responding to "You", and/or "**BRUCE BERTRAND** and/or SUCH OTHER IDENTIFICATION, such bodies HAVE ADDRESSED ME AS, that I am, in ANY CAPACITY, a *Pro Se* litigant and/or a LEGAL PERSON in this matter, then that would be a MISTAKE, as I DO NOT CONSENT and WAIVE THE BENEFIT to such titles (Waiver of the CHANGE OF NAMES ACT OF FEDERAL RULES), and please forgive me.

4. **THEREFORE:** As I have no knowledge of who "You" and or "**BRUCE BERTRAND**" and/or SUCH OTHER IDENTIFICATION ANY COURT and/or STATUTORY BODY and/or GOVERNMENT SERVICE and/or AGENTS and/or OFFICERS of such bodies [HEREAFTER "YOU"], HAS ADDRESSED ME AS, I RESPECTFULLY ASK; by WHAT AUTHORITY ARE "YOU" ADDRESSING me as such?

5. As the SURETY BOND (BIRTH CERTIFICATE) has been deposited into the COURT [*In the custody of Lawrence G. Wasden*], WHAT EVIDENCE does the COURT have that I, as a MAN who is not lawfully entitled to the BENEFITS of a BIRTH CERTIFICATE, have any SURETY in this matter?

6. As GOVERNMENT is the SOLE SIGNATORY PARTY on the SURETY BOND (BIRTH CERTIFICATE), with SOLE AND FULL SURETY as TRUSTEE for the LEGAL NAME, WHAT EVIDENCE do YOU have that I am a TRUSTEE for the LEGAL NAME. WHAT EVIDENCE do YOU have that I am a TRUSTEE and have ANY SURETY with respect to ANY NAME?

7. WHAT EVIDENCE do YOU have, that I am an OFFICER, an AGENT, a TRUSTEE and/or an EMPLOYEE of the CROWN? WHAT EVIDENCE do "YOU" have of any WARRANT OF AGENCY for the principal?

8. WHAT EVIDENCE do "YOU" have that there has been any meeting of the minds, any PROPER NOTICE given, any considerable CONSIDERATION offered, or that I have ANY INTENT to CONTRACT in this matter?

As such, I am returning your OFFER, DECLINED, for immediate DISCHARGE and CLOSURE.

TRUST NUMBER: 2024DR006539WS

Exhibit: 004

# DEMAND TO RELEASE LEIN OF GARNISHMENT OF WAGES AND STATEMENT OF FACTS

I DEMAND TO COLLAPSE TRUST AND RELEASE GARNISHMENT OF PAYROLL WAGES.

EXPARTE DAVIS, 344 SW 2d 925 (1976) : Federal statutes guarantee protection (to the Respondent) from having "imputed income" orders. Furthermore, these statutes provide (to the Respondent) protection of his rights to be free from unlawful child support or any kind of garnishment. That, child support is a civil matter and there is no probable cause to seek or issue body attachment, bench warrant, or arrest in child support matters because it is a civil matter.

The use of such instruments (body attachment, bench warrants, arrests, Including garnishment of wages etc.) presumably is a method to "streamline" arresting people for child support and circumventing the Fourth Amendment to the United States Constitution, and is used as a debt-collecting tool using unlawful arrests and imprisonment to collect a debt or perceived debt.

The arrest of non-custodial parents in which men make up significant majority of the "arrestees", is "gender profiling", "gender biased discrimination" and a "gender biased hate crime" in that it violates the Equal Protection Clause of the Fourteenth Amendment. A man, pursuant to the Equal Protection Clause of the Constitution of the United States, cannot be arrested in a civil matter as a woman is not. There is no escaping the fact that there is no probable cause in a civil matter to arrest or issue body attachment. "Probable cause" to arrest requires a showing that both a crime has been, or is being committed, and that the person sought to be arrested committed the offense. U.S.C.A. Const. Amend. 4. In the instant case, no probable cause can exist, because the entire matter has arisen out of a civil case. Therefore, seeking of body attachment, bench warrant, or arrest by the Petitioner (and her attorney), and/or issuing of the same by the court, in this civil case would be against the law and the Constitution.

Under **U.S. v. Rylander** ignorance of the order or the inability to comply with the child support order, or as in this case, to pay, would be a complete defense to any contempt sanction, violation of a court order or violation of litigant's rights.

Every U.S. Court of Appeals that has addressed this issue, has held that child support is a common, commercial (and civil) debt, See, U.S. v. Lewko, 269 F.3d 64, 68-69 (1st Cir. 2001)(citations omitted) and U.S. v. Parker, 108 F.3d 28, 31 (3rd Cir. 1997). Allen v. City of Portland, 73 F.3d

**TRUST NUMBER: 2024DR006539WS**

**Exhibit: 004**

232 (9th Cir. 1995), the Ninth Circuit Court of Appeals (citing cases from the U.S. Supreme Court, Fifth, Seventh, Eighth and Ninth Circuits) "by definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause"; Paff v. Kaltenbach, 204 F.3d 425, 435 (3rd Cir. 2000) (Fourth Amendment prohibits law enforcement officers from arresting citizens without probable cause. See, Illinois v. Gates, 462 U.S. 213 (1983), therefore, no body attachment, bench warrant or arrest order may be issued.

If a person is arrested on less than probable cause, the United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. §1983 for violation of Fourth Amendment rights. Pierson v. Ray, 386 U.S. 547, 87 S.Ct. 1213 (1967). Harlow v. Fitzgerald, 457 U.S. 800, 818 (there can be no objective reasonableness where officials violate clearly established constitutional rights such as--(a) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth Amendment (Due Process and Equal Protection), Ninth Amendment (Rights to Privacy and Liberty), Fourteenth Amendment (Due Process and Equal Protection).

Child Support is a fictious debt created by fraud and deception. Child Support is a Title IV-D collection agency for TANF Block Grants. A grant is something granted and gifted nothing tied to a debt or debt collections, In the International Covenant on Civil and Political Rights Article 1 Section 2 clearly states the following: All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice.

## NOTICE OF DEMAND OF OATH OF OFFICE and STATEMENT OF JURISDICTION

PUBLIC NOTICE FOR:

d/b/a: Special Deputy Attorney – **James Uthmeier (Individual Capacity) & (official capacity) State of Florida**

and Court Clerks, sundry employees, officers, agents, et al.

a/k/a: PUBLIC SERVANTSs – **State of Florida**

FI-260601-101-00000145

TRUST NUMBER: 2024DR006539WS

Exhibit: 004

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### Point of Law

All contracts commence with an offer and only become binding upon acceptance. See Farnsworth on Contracts ©2004 by E. Allan Farnsworth, Third Edition, Aspen Publisher, ISBN: 0-7355-4605-3 (Vol. 1) 3.3

The People's Contract a/k/a "The Constitution of the United States of America" or "This Constitution" (Articles 1-6; Bill of Rights 1-10) mandates an oath of office for all officers in public service to wit: " . . . the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of an State to the Contrary notwithanding."

Further, the CONSTITUTION OF THE STATE OF FLORIDA mandates every PERSON elected or appointed subscribe to an oath that he will "support"[1] and "maintain" the Constitution for the United States and the constitution of "this state," (20.1) and purchase a faithful performance bond as a good faith pledge that the Officer will conduct his/her duties per the requirements of both constitutions "before entering upon his duties" in relation to his/her public office as a PUBLIC SERVANT (22.19; NMSA 7-2-2 thru 7-2-7).

BE IT KNOWN that . . . from the beginning, with the Lord Jesus Christ as my Witness, I, Stephan D Mattox, "grateful to Almighty God for the blessings of liberty," repent of all my transgressions against my King, Lawgiver, and Judge; and, with faith in His saving grace, waive all claims without my Creator.

BE IT KNOWN to **James Uthmeier** AND ALL COURT OFFICIALS AND ATTORNEYS et al. that I accept your oath(s) of office d/b/as "Judge" or "other" for the State of **Florida** provided that you are competent to conduct the duties of office having subscribed to the required oath and posted a faithful performance bond as required by fundamental law.

FURTHERMORE NOTICES *all custodians of the public trust* to *release all* custodial holding[s] completely leaving no residue being held by any custodian whatsoever and return all property or interest either tangible, intangible, *ledger*[financial] and real property in this matter as I am the sole surviving heir of my parent's precious and lawful love, and have the only absolute claim of dominion.

Should the above statements not be true, then let the record be corrected or it will stand as truth.

All rights Reserved,

[1] *Support, n. 5. In general, the **maintenance** or sustaining of any thing **without suffering it to fail, decline or languish.** Daniel Webster's Dictionary (1828). [Emphasis added]*

**Maintain**, v.t. [L. manus and teneo.] 1. To hold, preserve or keep in any state or condition; to support; to sustain; not suffer to fail or decline. Daniel Webster's Dictionary (1828).

TRUST NUMBER: 2024DR006539WS

Exhibit: 004

**I hereby give you ten (10) days to reply to this notice from the above date with a notice sent using recorded post and signed under full commercial liability and penalties of perjury, assuring and promising me that all of the replies and details given to the above requests are true and without deception, fraud or mischief. Your said failure to provide the aforementioned documentation within ten (10) days, from the above date, to validate the debt, will constitute your agreement to the following terms:**

*That the debt did not exist in the first place;*
*OR*
*It has already been paid in full;*
*AND*
*That any damages suffer, you will be held culpable;*
*That any negative remarks made to a credit reference agency will be removed;*
*You will no longer pursue this matter any further.*
*You agree to pay all fee schedules.*

*Please Note: I wish to deal with this matter in writing and I do not give your organization permission to contact me by telephone. Should you do so, I must warn you that the calls could constitute 'harassment' and I may take action under Section 1 of the Protection from Harassment Act 1997 and the Administration of Justice Act 1970 S.40, which makes it a Criminal Offence for a creditor or a creditor's agent to make demands (for money), which are aimed at causing 'alarm, distress or humiliation', because of their frequency or manner.*

## STATMENT OF FACTS

**_For the record we wish to effect payment immediately. What is the sum certain on the penal funds?_**

*Affiant is a national of the nation/state of Florida , as contemplated by the act of congress evidenced and restated at 8 U.S.C. 1101(a)(2). Affiant is aware and knows that the U.S. bankruptcy is verified in Senate Report No. 93-519 93rd. Congress, 1st Session (1973), Summary of Emergency Power Statues, "Executive Orders 6073, 6102, 6111, and by Executive Order 6260 on March 9th, 1933 under the "Trading with the Enemy Act (Sixty-Fifth Congress, Session 1, Chapters 105, 106, October 6th, 1917, and as further codified at 12 U.S.C.A. 95(a) and (b) as amended.*

- I conditionally accept all facts in the claim if the respondent can prove authority to make presentments
- I conditionally accept for value and return for value the presumption I have a duty to show cause for actions upon proof of claim that it is not public policy of the **UNITED STATES** under **HJR-192** *to not pay debts at law but instead to exchange consideration upon a dollar for dollar basis to discharge or offset a liability.*

- I conditionally accept for value and return for value the presumption I have a duty to show cause for my actions with the bank or respondent upon proof of claim that without money of account (*as established under Article One, Sections 10, clause one, of the Organic Constitution of the Untied States of America*) in circulation that the only commercial consideration that exists is each and every person's exemption by way of a prepaid account operated by the United States Secretary of Treasury.

Affiant is aware and knows that a certificate of live birth (certificate of title) is a bond that evidences title held by the **Depositary Trust Company (DTCC).** The issuer has legal title; you have equitable title up until you partner up to share equitable title with the United States. SS-5 creates the UPPERCASE NAME which is surety for the Vessel. The Vessel is the body and evidenced on the application by length, weight, and footprints. A body manifested into the sea of commerce. The beneficiary is supposed to be Me, Myself, and I. But the Depositary Trust Company (DTCC) is at 55 Water Street New York City and operates both the public and the private side. Under Civil Rico Racketeering Laws **18 U.S.C. 1964** as corporations may have established a pattern of racketeering activity by using mail to collect an unlawful debt. If proven there is a conspiracy to deprive of property without due process is various constitutional injuries under **18 U.S.C.A. 241.** *Knowledge and neglect to prevent a United States Constitutional wrong. 31 U.S.C. 5118 (d)2 None can ask for payment in specific coin. 31 U.S.C. 3123* There is no money, so no one can demand payment... the United States will discharge debt dollar for dollar.

Affiant is aware and knows that legal tender ( FEDERAL RESERVE NOTES) are not good and lawful money of the United States. See Rains V. State,State, 226 S.W .18

Affiant is aware and knows that the Undersigned affiant has been estopped from using and has no access to ' lawful Constitutional Money of exchange' ( see U.S. Constitution- Article 1 Section 10) to "pay debts at law", and pursuant to HJR-192, can only discharge fines, fees, debts, and judgements 'dollar for dollar' via commercial paper or upon Affiant's Exemption.
There are no judicial courts in America and there has no been since 1789. Judges do no enforce statutes and codes. Executive Administrators enforce statutes and codes. ( FRC V. GE 281 US464 KELLER V. PE 261 US 428, 1 STAT. 138-178

I HEREBY notice that I am the executor of the Cestui Que Vie Trust of **BRUCE BERTRAND** according to Title 26 sections 303 & 7701, companies, corporations, and associations and trusts are all decedents. This means my all UPPERCASE NAME IS A LEGAL ESTATE. My ALL UPPERCASE NAME falls into this class. I direct all of the affairs and financial affairs of **BRUCE BERTRAND**

The following documents are needed to move forward in these matters
**All tax bond receipts 1099 OID, 1099A, 1099C**

The authorization from the INTERNAL REVENUE SERVICE to go forward with the above mentioned account number [ 26 U.S.C. 2032A(e)11]
Employee Affidavit [ Title 5 U.S.C. 3333]

**TRUST NUMBER: 2024DR006539WS**

**Exhibit: 004**

Registration [Title 22 U.S.C. 611 and 612]

***Please provide all of the following information and submit the appropriate forms and paperwork back to me along with an affidavit signed in accordance with 28 U.S.C. 1746 for validation and proof of claim.***

I affirm that all statement, facts, and information presented in this affidavit/ writ are correct and are presented as evidence for the record. Evidence, exhibit, Information, and facts are placed in Evidence in this case, and As I am reserving and retaining all my rights and affirm to the best of my knowledge and belief.

### *MAY ALL PARTIES BE MINDFUL OF 48 CFR, 48 U.S.C., UNIFORM COMMERICAL CODES 1-308, 3-402, 3-419 3-501,*

Affiant is aware and know that the various and numerous references to case law, legislative history, state and federal statutes/ codes, Federal Reserve Bank Publications, Supreme Court decisions, the Uniform Commercial Codes, U.S. Organic Constitutional, and general recognized maxims of Law as cited herein and throughout establish the following:

***A)*** *That the U.S. Federal government and the several United States did totally and completely debase the organic Lawful Constitutional Coin of the several States of the Union of the United States.*
***B)*** *That the Federal Government and the several United States have and continue to breach the express mandates of Article 1 Section 10 of the Federal Constitution regarding the minting and circulation of lawful coin.*
***C)*** *That the lawful coin ( i.e. organic medium of exchange) and the former ability to PAY DEBTS has been replaced with fiat, paper currency, with the limited capacity to only discharge debts.*
***D)*** *That Congress of the United States did legislate and provide the American People a remedy/ means to discharge all debt "dollar for dollar" via HJR-192 due to the declared Bankruptcy of the Corporate United States via the abolishment of Constitutional Coin and Currency.*
*No Assured value, no liability, errors, nor omissions excepted. All rights reserved and retain without recourse-non-assumpsit*

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
**(Printed Name:) :Bruce of The Family: Bertrand**

Principal, by Special Appearance, proceeding Sui Juris.

Signed: _____
Date: 6/8/2026 _____

NOTICE OF MISTAKE – Bruce Bertrand
Page 7 of 8

**TRUST NUMBER: 2024DR006539WS**

**Exhibit: 004**

On this ___8th___ day of ___June___ , ___2026___ before me, the undersigned, a Recording Secretary in and for ___The Florida Assembly___ personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: by: Isa barbara Sablon
Printed Name: Isa Barbara Sablon
Date: June 8, 2026
Address: _____

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life